IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **Akoustis Technologies, Inc.,** *et al.*, | Case No. 24-12796 (LSS) |
| Debtors.[1] | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Monica Balos, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 17, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Notice of Amended Agenda for Hearing on First Day Pleadings Scheduled for December 17, 2024 at 2:30 P.M. (ET) Before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware – 6th Floor, Courtroom No. 2** (Docket No. 29)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: December 20, 2024                                         *Monica Balos*
                                                                                           Monica Balos

State of Colorado      )
                                   ) SS.
County of Denver      )

Subscribed and sworn before me this 20th day of December 2024 by Monica Balos.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Akoustis Technologies, Inc. (9046), Akoustis, Inc. (5617), Grinding and Dicing Services, Inc. (7929), and RFM Integrated Device Inc. (1138). The Debtors' corporate headquarters is located at 9805 Northcross Center Court, Suite A, Huntersville, NC 28078.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Aixtron, Inc. | c/o CEO or General Counsel | d.kingham@aixtron.com |
| Allied World Specialty Insurance Company | | info@awac.com |
| Atlantic Specialty Insurance Company | | cvaneyll@intactinsurance.com |
| Bank of America, N.A. | Attn: Peter Nostrom | peter.d.nostrom@bofa.com |
| Bank of New York Mellon Trust Company, N.A. (Indenture Trustee) | c/o CEO or General Counsel | mattwarren@paulhastings.com |
| Berkshire Hathaway Specialty Insurance Company | | info@bhspecialty.com |
| Blank Rome LLP | Attn: Kenneth J. Ottaviano and Paige B. Tinkham | ken.ottaviano@blankrome.com<br>paige.tinkham@blankrome.com |
| Broadridge Financial Solutions, Inc. | Attn: Stephanie Manzanares | stephanie.manzanares@broadridge.com |
| Cadence Design Systems, Inc. | c/o CEO or General Counsel | laurab@cadence.com |
| California Franchise Tax Board | | taxshelter@ftb.ca.gov |
| Canandaigua-Farmington Water & Sewer Districts | | cfwdbilling@farmingtonny.org |
| Chemical Strategies | | info@chemicalstrategies.com |
| Chubb - Federal Insurance Company | | customercare@chubb.com |
| Collin County Texas Property Tax | | kmaun@co.collin.tx.us |
| Delaware Department of State | | doswork@uic.edu |
| Denka High Functional Adhesive Materials | | elegrip@denka.co.jp |
| Disco Group | | support@csdisco.com |
| Empire Access | | info@empireaccess.com |
| Energy United | | marilyn.lineberger@energyunited.com |
| Finger Lakes Disposal | | fingerlakesdisposal@gmail.com |
| FirstLight | | cloud_repair@firstlight.net |
| Florida Department of Revenue | | taxpayerservices-contact@floridarevenue.com |
| Gel-Pak | | jagpaoa@delphon.com |
| Gordon Brothers Commercial & Industrial, LLC | Attn: Jim Lightburn and David Braun | jlightburn@gordonbrothers.com<br>dbraun@gordonbrothers.com |
| HSBC Bank (Taiwan), N.A. | Attn: Lucy Y H Chen | lucyyhchen@hsbc.com.tw |
| Hudson Insurance Company | Attn: Grady Kellogg | hudsonclaims300@hudsoninsgroup.com |
| Joseph Collins | | jcollins@dieprepservices.com |
| Lockton (broker) | | cgenfax@lockton.com |
| Massachusetts Department of Revenue | | dorust@dor.state.ma.us |
| Mecklenburg County Tax Collector | | taxmeck@mecklenburgcountync.gov |
| Messer LLC | c/o CEO or General Counsel | sales@messer-us.com |
| National Union Fire Insurance Company of Pittsburgh | | myron.harry@aig.com |
| New York State Electric and Gas Corporation (NYSEG) | | custserv@nyseg.com |
| North Carolina Department of Revenue | | inforeporting@ncdor.gov |
| Office of the U.S. Trustee | Attn: Jonathan Lipshie | jon.lipshie@usdoj.gov |
| PC Connection Sales Corporation | c/o CEO or General Counsel | maccustomercare@connection.com |
| Pennsylvania Department of Revenue | | bfr@patreasury.gov |

In re: Akoustis Technologies, Inc., et al.
Case No. 24-12796 (LSS)

Page 1 of 2



# Exhibit A
Served Via Electronic Mail

| Name | Attention | Email |
|---|---|---|
| Piedmont Natural Gas | | customerselfservice@duke-energy.com |
| Propel Software Solutions, Inc. | c/o CEO or General Counsel | info@propelsoftware.com |
| Pureon, Inc. | c/o CEO or General Counsel | office.us@pureon.com |
| Qorvo, Inc. | c/o Alston & Bird LLP | leib.lerner@alston.com |
| Qorvo, Inc. | c/o Alston & Bird LLP | stephan.blank@alston.com |
| Qorvo, Inc. | c/o Pashman Stein Walder Hayden PC | jweiss@pashmanstein.com<br>dstratton@pashmanstein.com |
| Republic Services | | customerexperience@republicservices.com |
| Rochester Gas and Electric (RG&E) | | customer_service@rge.com |
| Rochester Gas and Electric (RG&E) | c/o Hanson Bridgett LLP Attn: Eric Clarke | eclarke@hansonbridgett.com |
| San Jose Water Company | | customer.service@sjwater.com |
| Santa Clara County | | assessor@asr.sccgov.org |
| SCIA Systems GmbH | | info@scia-systems.com |
| SEGRA | | customercare@segrafiber.com |
| Spectrum Business | | contact@spectrumam.com |
| Subtron Technology Co., LTD. | c/o CEO or General Counsel | eltonliu@subtron.com.tw |
| Tai-Saw Technology Co., Ltd. | Attn: Alice Ou | aliceou@taisaw.com<br>peichiang@mail.taisaw.com<br>tstcom1@ms24.hinet.net<br>tst.n.america@mail.taisaw.com |
| Texas Comptroller of Public Accounts | | webfile.help@cpa.texas.gov |
| Tong Hsing Electronics Industries, Ltd | c/o CEO or General Counsel | info@theil.com |
| U.S. Bank, N.A. | Attn: Van Tien | tien.van@usbank.com |
| UGI Energy Services | c/o CEO or General Counsel | customerservice@ugi.com |
| Unisem Chengdu Co., Ltd. | c/o CEO or General Counsel | info@unisemgroup.com |
| Unisem Group | | ekabule@uniseminternational.com<br>creed@uniseminternational.com |
| Waste Management of New York, LLC | | wharri11@wm.com |
| Wells Fargo, N.A. | Attn: Mina Nouri | mina.nouri@wellsfargo.com |
| Zhuhai ACCESS Semiconductor Co., Ltd. | | zhuhai-access@access-substrates.com |

In re: Akoustis Technologies, Inc., et al.
Case No. 24-12796 (LSS)

Page 2 of 2