## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| *In re* | Chapter 11 |
| **Akoustis Technologies, Inc.,** *et al.*, | Case No. 24-12796 (LSS) |
| **Debtors.**[1] | **(Jointly Administered)** |

### SCHEDULES OF ASSETS AND LIABILITIES OF DEBTOR AKOUSTIS, INC. (CASE NO. 24-12797)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Akoustis Technologies, Inc. (9046), Akoustis, Inc. (5617), Grinding and Dicing Services, Inc. (7929), and RFM Integrated Device Inc. (1138). The Debtors' corporate headquarters is located at 9805 Northcross Center Court, Suite A, Huntersville, NC 28078.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AKOUSTIS TECHNOLOGIES, INC., *et al.*,[1] | Case No. 24-12796 (LSS) |
| Debtors. | (Jointly Administered) |

**GLOBAL NOTES, STATEMENT OF LIMITATIONS, AND DISCLAIMERS
REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND
STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors-in-possession (the "**Debtors**"), with the assistance of their advisors, have filed their Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**Statements**" and together with the Schedules, the "**Schedules and Statements**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Statement of Limitations, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtors (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of the Debtors.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. The preparation of the Schedules and Statements required the Debtors to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses. Although the Debtors have made

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Akoustis Technologies, Inc. (9046), Akoustis, Inc. (5617), Grinding and Dicing Services, Inc. (7929), and RFM Integrated Device Inc. (1138). The Debtors' corporate headquarters is located at 9805 Northcross Center Court, Suite A, Huntersville, NC 28078.

reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Debtors and their officers, employees, agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements and shall not be liable for any loss or injury arising out of or caused in whole or in part by any act or omission, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Debtors and their officers, employees, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.

Mark Podgainy, the Debtors' Finance Transformation Officer, has signed the Schedules and Statements. In reviewing and signing the Schedules and Statements Mr. Podgainy relied upon the efforts, statements, and representations of various personnel employed by the Debtors and their advisors. Mr. Podgainy has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses. Neither the Schedules and Statements, nor the Global Notes, should be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors.

### *Global Notes Overview and Methodology*

1.    **Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist and certain amounts reflect estimates and assumptions that are subject to revision based on future facts, circumstances, and information that may become available over time. The Debtors reserve all rights to amend and supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate to (including, without limitation): (a) amend the Schedules and Statements with respect to the description or designation of any "claim" asserted against one or more Debtors (as defined in section 105(a) of the Bankruptcy Code, a "**Claim**"); (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" and/or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or any other Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements except as may be required by applicable law.

2.      **Description of Case and "as of" Information Date.** On December 16, 2024 (the "**Petition Date**"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with the Bankruptcy Court. The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. On January 8, 2025, the Office of the United States Trustee for the District of Delaware filed a *Second Notice of Appointment of Creditors' Committee (Amended)* [Docket No. 150] to appoint the official committee of unsecured creditors in these Chapter 11 Cases.

The asset and liability information provided herein represents the asset and liability data of the Debtors as of the Petition Date, except as otherwise noted. In some instances, the Debtors have used estimates or prorated amounts where actual data as of the Petition Date was not available.

The Debtors filed certain first day motions (collectively, the "**First Day Motions**"), pursuant to which the Debtors sought authority to, among other things, obtain post-petition financing, continue their cash management system, and pay certain pre-petition claims critical to the continued operation of the Debtors' businesses. The Bankruptcy Court granted the First Day Motions pursuant to the orders entered at Docket Numbers 41, 177, 179, 180, 181, 183, 186, 187, 188, 196, 197 (collectively, the "**First Day Orders**").

3.      **Fiscal Year.**  Unless otherwise indicated, each Debtor's most recent fiscal year ended on June 30, 2024.

4.      **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations for each of their property interests. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book value of the Debtors' assets as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not be reflected in the Schedules and Statements as they have no net book value or have been scheduled as having zero net book value. The Debtors reserve their right to amend or adjust the value of each asset or liability set forth in the Schedules and Statements.

Book values of assets generally do not reflect the current performance of the assets or current market conditions and may differ materially from the actual value and/or performance of the underlying assets. Given the potential for volatility of market value for certain of the assets held by the Debtors, and depreciation, this difference is material. As such, the values listed in these Schedules and Statements cannot be, and were not, used to determine the Debtors' enterprise value.

5.      **Inventory**. Inventory is reflected as net book value using the lower of cost or net realizable value under the first-in, first-out method of accounting. The Debtors conduct a physical inventory from time to time as part of its normal policies and procedures. Prior physical inventory variances have been immaterial.

6.      **Recharacterization.** Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts,

unexpired leases, postemployment benefits, and other items reported in the Schedules and Statements, the Debtors may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, re-categorize, re-designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition. Disclosure of information in one or more Schedules, one or more Statement questions, or one or more exhibits or attachments to the Schedules and Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

7.      **Liabilities.** The Debtors have sought to allocate assets and liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all rights to amend, supplement, or otherwise modify its Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under Bankruptcy Code section 503(b)(9). Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted Claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

8.      **Insiders**. For the purposes of the Schedules and Statements, the Debtors defined "insider" pursuant to Bankruptcy Code section 101(31) as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) debtor/non-debtor affiliates of the foregoing. The parties identified as "insiders" have been included for informational purposes only and the inclusion of them in the Schedules and Statements shall not constitute an admission that those persons are insiders for purposes of Bankruptcy Code section 101(31). The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws or with respect to any theories of liability or for any other purpose.

9.      **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

322276218.4

10. **Executory Contracts and Unexpired Leases**. Although the Debtors have made diligent attempts to identify contracts and unexpired leases within the scope of Bankruptcy Code section 365, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the inclusion or exclusion of executory contracts and unexpired leases, including the right to amend Schedule G at any time during the pendency of these chapter 11 cases.

11. **Classifications**. Listing a Claim, contract or lease on (a) Schedule E/F, Part 1 as "priority unsecured," (b) Schedule E/F, Part 2 as "Non-priority unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such Claims or contracts or leases or to setoff against such Claims.

12. **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of its causes of action or potential causes of action against third parties (collectively, "**Causes of Action**") as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any: (a) cause of action (including avoidance actions), (b) controversy, (c) right of setoff, (d) cross-claim, (e) counterclaim, (d) recoupment, and (e) any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

13. **Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

     a.    Undetermined Amounts. The description of an amount as "unknown," "TBD," "undetermined," or similar indication is not intended to reflect upon the materiality of such amount.

     b.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

     c.    Liens. The value of assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

14. **Estimates**. To prepare and file the Schedules in accordance with the deadline established in the chapter 11 cases, the Debtors' management and advisors were required to make

certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

15.    **Currency**. All amounts are reflected in U.S. dollars unless otherwise indicated.

16.    **Setoffs**. The Debtors periodically incur certain setoffs in the ordinary course of business. Setoffs in the ordinary course can result from various items including, but not limited to customer incentives between the Debtors and their customers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

17.    **Confidential or Sensitive Information**. There may be instances in which certain information in the Schedules and Statements intentionally has been omitted or redacted due to the nature of an agreement between one or more Debtors and a third party, concerns about the confidential nature of certain information, or otherwise. Additionally, the Debtors have redacted the home addresses of all individuals (including employees) in accordance with the *Final Order Granting Motion of the Debtors for Entry of an Order (I) Modifying Certain Procedural Requirements Relating to the Form, Maintenance and Filing of Certain Creditor Lists, (II) Approving the Form, Manner and Proposed Service of the Notice of the Commencement of the Debtors' Chapter 11 Cases, (III) Approving the Redaction of Certain Personally Identifiable Information for Individual Creditors and Interest Holders and (IV) Granting Other Administrative Relief* [Docket No. 180].

18.    **Global Notes Control**. In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

### Specific Disclosures with respect to the Schedules

**Schedules A/B**.

> Part 1, Cash and Cash Equivalents. Cash is listed on Schedule A/B as of the Petition Date. The Debtors' cash management system is set forth more fully in the *Motion of Debtors for Debtors' Motion for Interim and Final Orders Authorizing: (A) Continued Use of Cash Management System; (B) Maintenance of Existing Bank Accounts; (C) Continued Use of Existing Business Forms; (D) Continued Performance of Intercompany Transactions in The Ordinary Course of Business and Grant of Administrative Expense Status for Postpetition Intercompany Claims; and (E) Interim Suspension of Section 345(B) Deposit and Investment Requirements* [Docket No. 12].

322276218.4

<u>Part 10, Intangibles and Intellectual Property</u>.

Goodwill and intangible assets are listed as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from its net book value.

**Schedule D.** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The Debtors made reasonable, good faith efforts to include all liens on Schedule D, but may have inadvertently omitted an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of another Debtor, however no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

**Schedules E/F**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserves all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain unsecured Claims pursuant to the First Day Orders, and the Debtors have paid certain wage-related claims for its employees, critical vendor and tax claims pursuant to such First Day Orders. The Debtors have excluded wage claims that have been paid or will be paid pursuant to the *Final Order (I) Authorizing Debtors to (A) Pay Prepetition Employee Wages, Salaries, and Other Compensation and (B) Continue Employee Benefits Obligations and Pay Related Administrative Obligations; (II) Authorizing the Debtors to*

7

*Pay and/or Honor any Workers' Compensation Obligations and Waiving the Automatic Stay as it Applies to Workers' Compensations Claims; (III) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (IV) Granting Related Relief* [Docket No. 197].

The Debtors believe they are current on all federal and state taxes as well as international VAT and other taxes as of the Petition Date. The Debtors maintain general reserves on their books for certain tax categories, but those reserves do not represent, and are not an admission of, an identified liability to any specific taxing authority.

The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule E/F based upon the Debtors' books and records as of the Petition Date. Claims listed on Schedule E/F may have been aggregated by creditor name and remittance address and may include several dates of incurrence for the aggregate balance listed.

The Debtors have made reasonable efforts to include all unsecured creditors on Schedule E/F including, but not limited to, trade creditors, consultants, and other service providers; however, the Debtors believe that there may be instances where creditors have yet to provide proper invoices for prepetition goods or services. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and are not attributed to specific vendors. Accordingly, such accruals have not been included on Schedule E/F.

Schedule E/F may reflect the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that have been or may be rejected, nor does it reflect applicable statutory caps or defenses to such potential rejection damage Claims.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date.

**Schedule G**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, the Debtors' review is ongoing at the time of the filing of the Schedules and Statements and inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule

as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtors expressly reserve their rights to challenge whether such related materials constitute an executory contract, a single contract or agreement, or multiple, severable or separate contracts or agreements.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G. The Debtors reserve all rights with respect to such agreements.

The contracts and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider may appear multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtors and such supplier or providerThe Debtors have diligently attempted to confirm every counterparty on Schedule G; however, certain contracts are unclear and the Debtors are still trying to locate others. Where an agreement lists a counterparty solely as "Akoustis" without specifying the Debtor entity, that contract is being attributed to Akoustis, Inc., until the correct counterparty, if not Akoustis, Inc., can be confirmed. All other contracts where the Debtor counterparty could not be confirmed have been attributed to Akoustis Technologies, Inc., until the correct counterparty, if not Akoustis Technologies, Inc., can be confirmed.

The Debtors reserve all rights, claims, and causes of action with respect to the agreements on Schedule G, including the right to dispute or challenge the characterization of the structure of any transactions or any document or instrument related to a creditor's Claims.

## Statement of Financial Affairs.

**Statements 4 & 30.**  Payments to the Finance Transformation Officer are not included on Statement 4 and instead are included on Statement 11.

**Statements 7.**  The Debtors used reasonable efforts to identify all pending litigation and assign appropriate descriptions thereto. Statement 7 does not include potential litigation

322276218.4

that has been threatened but not yet commenced. In the event that the Debtors discover additional information pertaining to these legal actions identified in response to Question 7, or additional legal actions, the Debtors will use reasonable efforts to supplement the Statements in light thereof.

322276218.4

Despite reasonable efforts, the Debtors may not have identified all current causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings.

**Statements 13.** The Debtors have, from time to, transferred equipment and other assets and/or sold certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed. The Debtors may have also abandoned assets in place at locations for which they had no future use or were unable to sell to a third party. These types of transfers have not been disclosed.

**Statements 26(d).** Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, Akoustis Technologies, Inc. and its subsidiaries have filed with the SEC reports on Form 10-K, Form 10-Q and Form 8-K, all of which are also available on its website. These SEC filings contain consolidated financial information. Since all of these filings are of public record, the Debtors do not maintain records of the parties that requested or obtained copies of such filings from the SEC or other regulatory body, or from the Debtors. In addition, the Debtors provide certain parties, such as banks, auditors, potential investors, vendors and financial advisors financial statements that may not be part of a public filing. The Debtors do not maintain complete lists to track such disclosures. As such, the Debtors have not provided lists of these parties in response to this question.

**Statements 30.** The Debtors' insiders are subject to the Akoustis Technologies, Inc. insider trading policy that is designed to ensure compliance with applicable securities laws and generally provides that insiders are only permitted to buy and sell Akoustis Technologies, Inc. securities during specified trading windows following the quarterly release of financial information. The trading windows were not opened for insiders during 2024 following the regular release of such financial information in light of the existence of other potential material non-public information relating to (i) the Debtors' exploration of various strategic transactions during virtually all of 2024, (ii) the status of the litigation with Qorvo, Inc., and (iii) the Debtors' deteriorating financial consideration and ultimate bankruptcy filing. As a result, during the entirety of 2024, insiders were not able to sell any shares of common of Akoustis Technologies, Inc. that they previously owned or were acquired upon the vesting of outstanding equity compensation awards.

**Fill in this information to identify the case:**

Debtor name: Akoustis, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-12797

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** <br> Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:** <br> Copy line 91A from Schedule A/B | $37,658,960.48 |
| 1c. **Total of all property:** <br> Copy line 92 from Schedule A/B | $37,658,960.48 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ............ $4,000,000.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** <br> Copy the total claims from Part 1 from line 5a of Schedule E/F | $5,283.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** <br> Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $49,375,081.67 |

**4. Total Liabilities**

Lines 2 + 3a + 3b ............ $53,380,364.67

**Fill in this information to identify the case:**

Debtor name: Akoustis, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-12797

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 Petty Cash | | | $514.70 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 Bank of America, N.A. | Business Checking | 4565 | $139,629.38 |
| 3.2 Bank of America, N.A. | Business Interest Checking | 0683 | $8,167.07 |
| 3.3 Bank of America, N.A. | Business Checking (zero balance account, linked to account ending #4565) | 4393 | $0.00 |
| 3.4 HSBC Bank (Taiwan), N.A | Business Checking | 6810 | $59,931.35 |
| 3.5 KEB Hana Korea | Business Checking | 9104 | $4,741.04 |

**4. Other cash equivalents** *(Identify all)*

4.1
      None

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $212,983.54 |

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1  Rent Deposit - NC Office | $11,156.17 |
| 7.2  Security Deposit - ADP | $630,000.00 |
| 7.3  Service Deposit - Grant Thornton Taiwan | $98,262.64 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1  Annual Fee - NASDAQ | $3,541.67 |
| 8.2  Commercial Land Tax - Town of Canandaigua | $163.91 |
| 8.3  Commercial Property Tax - Town of Canandaigua | $1,302.60 |
| 8.4  Inspection/Review - O'Connell Electric | $15,833.33 |
| 8.5  Labor Hours - ASML | $4,029.30 |
| 8.6  Monitoring - CreditRiskMonitor | $526.04 |
| 8.7  Prepaid Insurance – ADP | $44,874.23 |
| 8.8  Prepaid Insurance - Lockton Companies | $1,481,874.34 |
| 8.9  Prepaid License - Accruent | $4,814.59 |
| 8.10 Prepaid License - Beyond Trust | $5,778.23 |

| | | |
|---|---|---|
| 8.11 | Prepaid License - Cadence | $58,352.70 |
| 8.12 | Prepaid License - Cadence | $9,196.60 |
| 8.13 | Prepaid License - Chimera Integrations | $2,158.33 |
| 8.14 | Prepaid License - Comsol | $12,822.33 |
| 8.15 | Prepaid License - Cornell | $10,625.00 |
| 8.16 | Prepaid License - Cornell | $490.20 |
| 8.17 | Prepaid License - Cornell | $657.89 |
| 8.18 | Prepaid License - Guidepoint Security | $27,896.56 |
| 8.19 | Prepaid License - Internetwork Engineering | $44,499.72 |
| 8.20 | Prepaid License - Kaseya | $4,950.00 |
| 8.21 | Prepaid License - Kaseya | $7,201.97 |
| 8.22 | Prepaid License - KnowBe4 | $4,116.77 |
| 8.23 | Prepaid License - N-Able | $2,855.09 |
| 8.24 | Prepaid License - PC Connection | $2,014.74 |
| 8.25 | Prepaid License - PC Connection | $2,011.54 |
| 8.26 | Prepaid License - Propel PLM | $57,901.88 |
| 8.27 | Prepaid License - ZOHO Corporation | $748.13 |
| 8.28 | Prepayment - Canandaigua-Farmington Water & Sewer | $5,535.00 |
| 8.29 | Prepayment - Siconnex Customized Solutions GmbH | $542.84 |
| 8.30 | Prepayment - New York State Electric and Gas Corporation | $7,932.20 |

| | | |
|---|---|---|
| 8.31 | Ratainer - AMPACC | $38,155.88 |
| 8.32 | Retainer - Getzler Henrich | $65,846.09 |
| 8.33 | Retainer - K&L Gates | $340,020.35 |
| 8.34 | Retainer - Landis Rath & Cobb | $49,347.00 |
| 8.35 | Retainer - Stretto | $6,726.46 |
| 8.36 | School Tax - Canandaigua City School District | $8,089.40 |
| 8.37 | Tax Bill - Canandaigua City School District | $3,667.20 |
| 8.38 | Tax Bill - Ontario | $2,702.89 |
| 8.39 | Travel Balance - WheelsUp | $28,031.98 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$3,107,253.79

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11a. | 90 days old or less: | $4,722,638.92 | — | $59,731.51 | = ........ ➔ | $4,662,907.41 |
|------|------|------|---|------|------|------|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $61,661.88 | — | $348,649.77 | = ........ ➔ | $-286,987.89 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$4,375,919.52

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | |
|---|---|---|
| 14.1 None | | |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 Grinding & Dicing Services, Inc. | 100 | N/A | Undetermined |
| 15.2 RFM Integrated Device Inc. | 100 | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| | | |
|---|---|---|
| 16.1 None | | |

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

|  |
|---|
| $0.00 |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Silicon Carbide Wafers | 09/30/2024 | $160,800.00 | N/A | Undetermined |
| 19.2 Silicon Wafers | 09/30/2024 | $75,768.00 | N/A | Undetermined |
| 19.3 FloatZone Wafers | 09/30/2024 | $974,430.00 | N/A | Undetermined |
| 19.4 Chemicals | 09/30/2024 | $108,112.34 | N/A | Undetermined |
| **20. Work in progress** | | | | |
| 20.1 Work in Process | 09/30/2024 | $2,567,546.64 | N/A | Undetermined |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 Finished Goods | 09/30/2024 | $1,472,323.59 | N/A | Undetermined |

**22. Other inventory or supplies**

22.1

None

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value    $1,017,994.00    Valuation method    None    Current value    Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | |
| None | | | |
| **40. Office fixtures** | | | |
| 40.1 | | | |
| Furniture & Fixtures | $23,450.41 | N/A | Undetermined |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| Computer & Software | $980.75 | N/A | Undetermined |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1 | | | |
| None | | | |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Machinery and Equipment | $3,793,956.00 | N/A | Undetermined |
| 50.2<br>Machinery CIP | $58,498.81 | N/A | Undetermined |
| 50.3<br>R&D Equipment | $35,294.95 | N/A | Undetermined |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $0.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  FAB-Canandaigua, NY Building | Owned | $4,893,132.00 | N/A | Undetermined |
| 55.2  FAB-Canandaigua, NY Building CIP | Owned | $593,498.00 | N/A | Undetermined |
| 55.3  FAB-Canandaigua, NY Land | Owned | $740,000.00 | N/A | Undetermined |
| 55.4  Headquarters - Huntersville, NC | Leased | $13,166.86 | N/A | Undetermined |
| 55.5  Taoyuan City, Taiwan | Leased | $292.85 | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  Patents (See Schedules A/B 60 Exhibit) | $364,863.26 | N/A | Undetermined |
| 60.2  Trademark | $1,560.00 | N/A | Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1  https://foundry.akoustis.com/ | Undetermined | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1  Cornell University Patent License Agreement | $0.00 | N/A | Undetermined |

**63. Customer lists, mailing lists, or other compilations**

63.1

| Customer List | Undetermined | N/A | Undetermined |

**64. Other intangibles, or intellectual property**

64.1

| Facebook | Undetermined | N/A | Undetermined |

64.2

| LinkedIn | Undetermined | N/A | Undetermined |

64.3

| Twitter | Undetermined | N/A | Undetermined |

**65. Goodwill**

65.1

| None | | | |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | | total face amount | – | doubtful or uncollectible amount | = ➔ | |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| State NOL | Tax year | 2015 | $742,400.00 |

72.2

| State NOL | Tax year | 2016 | $ 6,745,880.00 |

| 72.3 | State NOL | | Tax year | 2017 | $7,695,182.00 |
|------|-----------|--|----------|------|---------------|
| 72.4 | State NOL | | Tax year | 2018 | $5,466,880.00 |
| 72.5 | State NOL | | Tax year | 2019 | $2,721,167.25 |
| 72.6 | State NOL | | Tax year | 2020 | $4,221,364.40 |
| 72.7 | State NOL | | Tax year | 2021 | $523,432.40 |
| 72.8 | State NOL | | Tax year | 2022 | $630,680.00 |
| 72.9 | State NOL | | Tax year | 2023 | $1,165,568.40 |

**73. Interests in insurance policies or annuities**

73.1 None

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1 None

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1 None

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1 None

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1 Employee Receivables for Employee Withholding Taxes paid by Akoustis, Inc. on behalf of employees $20,249.18

77.2 Receivable pursuant to Cornell license agreement $30,000.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $29,962,803.63

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $212,983.54 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $3,107,253.79 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $4,375,919.52 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $0.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| **88. Real property. Copy line 56, Part 9.** | → | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $29,962,803.63 | |
| **91. Total. Add lines 80 through 90 for each column**  91a. | $37,658,960.48 | 91b. $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.    $37,658,960.48

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0003US4 | US | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES | Jeffrey B. Shealy | 17/938,190 | 10/5/2022 | US 2023-0025951 A1 | 1/26/2023 | | | allowed |
| 969RO0007US47 | US | 5.5 GHz WI-FI COEXISTENCE ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy | 18/340,764 | 6/23/2023 | US 2023-0336139 A1 | 10/19/2023 | | | allowed |
| 969RO0009US8 | US | METHOD FOR FABRICATING AN ACOUSTIC RESONATOR DEVICE WITH PERIMETER STRUCTURES | Ramakrishna Vetury Shawn R. Gibb Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Jeffrey B. Shealy Michael D. Hodge Art Geiss Pinal Patel | 18/342,623 | 6/27/2023 | US 2023-0344399 A1 | 10/26/2023 | | | allowed |
| 969RO0020US1 | US | 5.1-7.1GHz Wi-Fi6E COEXISTENCE ACOUSTIC WAVE RESONATOR RF DIPLEXER CIRCUIT | Saurabh Gupta Guillermo Moreno Granado Rohan W. Houlden David M. Aichele Jeffrey B. Shealy Bradford R. Bersin | 17/566,038 | 12/30/2021 | US 2022-0231666 A1 | 7/21/2022 | | | allowed |
| A969RO-000100US | US | RESONANCE CIRCUIT WITH A SINGLE CRYSTAL CAPACITOR DIELECTRIC MATERIAL | Jeffrey B. Shealy | 14/298,057 | 6/6/2014 | US 2015-0357994 A1 | 12/10/2015 | 9673384 | 6/6/2017 | issued |
| 969RO0001US1 | US | RESONANCE CIRCUIT WITH A SINGLE CRYSTAL CAPACITOR DIELECTRIC MATERIAL | Jeffrey B. Shealy | 15/607,210 | 5/26/2017 | US 2017-0263849 A1 | 9/14/2017 | 10319898 | 6/11/2019 | issued |
| A969RO-000200US | US | ACOUSTIC RESONATOR DEVICE WITH SINGLE CRYSTAL PIEZO MATERIAL AND CAPACITOR ON A BULK SUBSTRATE | Jeffrey B. Shealy | 14/298,076 | 6/6/2014 | US 9,537,465 B1 | 1/3/2017 | 9537465 | 1/3/2017 | issued |
| A969RO-000210US | US | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT | Jeffrey B. Shealy | 15/362,537 | 11/28/2016 | US 2017-0077386 A1 | 12/24/2019 | 10516377 | 12/24/2019 | issued |
| 969RO0002US2 | US | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT | Jeffrey B. Shealy | 16/692,717 | 11/22/2019 | US 2020-0091406 A1 | 3/19/2020 | 11495734 | 11/8/2022 | issued |
| A969RO-000300US | US | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES | Jeffrey B. Shealy | 14/298,100 | 6/6/2014 | US 2015-0357987 A1 | 12/10/2015 | 9571061 | 2/14/2017 | issued |
| A969RO-000311US | US | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES | Jeffrey B. Shealy | 15/147,613 | 5/5/2016 | US 2016-0248395 A1 | 8/25/2016 | 10211804 | 2/19/2019 | issued |
| 969RO0003US3 | US | INTEGRATED CIRCUIT CONFIGURED WITH TWO OR MORE SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES | Jeffrey B. Shealy | 16/239,977 | 1/4/2019 | US 2019-0158058 A1 | 5/23/2019 | 11496109 | 11/8/2022 | issued |
| A969RO-000400US | US | WAFER SCALE PACKAGING | Jeffrey B. Shealy | 14/341,314 | 7/25/2014 | US 2016-0028368 A1 | 1/28/2016 | 9805966 | 10/31/2017 | issued |
| 969RO0004US1 | US | WAFER SCALE PACKAGING | Jeffrey B. Shealy | 15/717,803 | 9/27/2017 | US 2018-0019158 A1 | 1/18/2018 | 10431490 | 10/1/2019 | issued |
| 969RO0004US3 | US | WAFER SCALE PACKAGING | Jeffrey B. Shealy | 16/547,466 | 8/21/2019 | US 2019-0385893 A1 | 12/19/2019 | 11398402 | 7/26/2022 | issued |
| A969RO-000410US | US | SINGLE CRYSTAL ACOUSTIC RESONATOR AND BULK ACOUSTIC WAVE FILTER | Jeffrey B. Shealy | 14/566,597 | 12/10/2014 | US 2016-0028367 A1 | 1/28/2016 | 9912314 | 3/6/2018 | issued |
| 969RO0004US2 | US | SINGLE CRYSTAL ACOUSTIC RESONATOR AND BULK ACOUSTIC WAVE FILTER | Jeffrey B. Shealy | 15/874,815 | 1/18/2018 | US 2018-0145652 A1 | 5/24/2018 | 11245376 | 2/8/2022 | issued |
| A969RO-000500US | US | MOBILE COMMUNICATION DEVICE CONFIGURED WITH A SINGLE CRYSTAL PIEZO RESONATOR STRUCTURE | Jeffrey B. Shealy | 14/449,001 | 7/31/2014 | US 2016-0036580 A1 | 2/4/2016 | 9716581 | 7/25/2017 | issued |
| 969RO0005US2 | US | MOBILE COMMUNICATION DEVICE CONFIGURED WITH A SINGLE CRYSTAL PIEZO RESONATOR STRUCTURE | Jeffrey B. Shealy | 16/140,164 | 9/24/2018 | US 2019-0028259 A1 | 1/24/2019 | 10855243 | 12/1/2020 | issued |
| A969RO-000600US | US | MEMBRANE SUBSTRATE STRUCTURE FOR SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICE | Jeffrey B. Shealy | 14/469,503 | 8/26/2014 | US 2016-0065172 A1 | 3/3/2016 | 9917568 | 3/13/2018 | issued |

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0007US | US | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES USING MICRO-VIAS | Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Ramakrishna Vetury | 15/068,510 | 3/11/2016 | US 10,217,930 B1 | 2/26/2019 | 10217930 | 2/26/2019 | issued |
| 969RO0007US1 | US | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES USING MICRO-VIAS | Shawn R. Gibb Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Ramakrishna Vetury Jeffrey B. Shealy | 15/221,358 | 7/27/2016 | US 2017-0264256 A1 | 9/14/2017 | 10581398 | 3/3/2020 | issued |
| 969RO0007US2 | US | PIEZOELECTRIC ACOUSTIC RESONATOR MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy | 15/784,919 | 10/16/2017 | US 2018-0054176 A1 | 2/22/2018 | 10355659 | 7/16/2019 | issued |
| 969RO0007US3 | US | 5.2 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Michael D. Hodge Rohan W. Houlden Shawn R. Gibb Mary Winters Ramakrishna Vetury David M. Aichele | 16/019,267 | 6/26/2018 | US 2018-0309422 A1 | 10/25/2018 | 10979022 | 4/13/2021 | issued |
| 969RO0007US4 | US | 5.6 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden Shawn R. Gibb Mary Winters Ramakrishna Vetury | 16/020,635 | 6/27/2018 | US 2018-0309425 A1 | 10/25/2018 | 10985732 | 4/20/2021 | issued |
| 969RO0007US5 | US | METHOD AND STRUCTURE FOR SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES USING THERMAL RECRYSTALLIZATION | Shawn R. Gibb Craig Moe Jeff Leathersich Steven P. Denbaars Jeffrey B. Shealy | 16/035,577 | 7/13/2018 | US 2018-0342999 A1 | 11/29/2018 | 10523180 | 12/31/2019 | issued |
| 969RO0007US6 | US | 5.9 GHz C-V2X AND DSRC ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden Shawn R. Gibb Mary Winters Ramakrishna Vetury | 16/110,950 | 8/23/2018 | US 2018-0367113 A1 | 12/20/2018 | 10979023 | 4/13/2021 | issued |
| 969RO0007US7 | US | FRONT END MODULE FOR 5.2 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden Shawn R. Gibb David M. Aichele | 16/135,276 | 9/19/2018 | US 2019-0036592 A1 | 1/31/2019 | 10673513 | 6/2/2020 | issued |
| 969RO0007US8 | US | FRONT END MODULE FOR 5.6 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden Shawn R. Gibb David M. Aichele | 16/135,050 | 9/19/2018 | US 2019-0020328 A1 | 1/17/2019 | 11063576 | 7/13/2021 | issued |
| 969RO0007US9 | US | 5.2 GHz Wi-Fi COEXISTENCE ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden Shawn R. Gibb David M. Aichele | 16/135,402 | 9/19/2018 | US 2019-0020327 A1 | 1/17/2019 | 10979024 | 4/13/2021 | issued |
| 969RO0007US10 | US | 5G BAND n79 ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Rohan W. Houlden Jeffrey B. Shealy Shawn R. Gibb David M. Aichele | 16/175,650 | 10/30/2018 | US 2019-0068164 A1 | 2/28/2019 | 10979025 | 4/13/2021 | issued |
| 969RO0007US11 | US | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES USING MICRO-VIAS | Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Ramakrishna Vetury Jeffrey B. Shealy | 16/244,996 | 1/10/2019 | US 2019-0148621 A1 | 5/16/2019 | 11063204 | 7/13/2021 | issued |
| 969RO0007US12 | US | 5.5 GHz Wi-Fi 5G COEXISTENCE ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Rohan W. Houlden Jeffrey B. Shealy David M. Aichele | 16/290,703 | 3/1/2019 | US 2019-0199316 A1 | 6/27/2019 | 10979026 | 4/13/2021 | issued |
| 969RO0007US13 | US | 5G n79 WI-FI ACOUSTIC TRIPLEXER CIRCUIT | Rohan W. Houlden David M. Aichele Jeffrey B. Shealy | 16/391,191 | 4/22/2019 | US 2019-0253038 A1 | 8/15/2019 | 11451213 | 9/20/2022 | issued |
| 969RO0007US14 | US | PIEZOELECTRIC ACOUSTIC RESONATOR MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy | 16/433,849 | 6/6/2019 | US 2019-0288658 A1 | 9/19/2019 | 11070184 | 7/20/2021 | issued |
| 969RO0007US15 | US | METHOD AND STRUCTURE FOR HIGH PERFORMANCE RESONANCE CIRCUIT WITH SINGLE CRYSTAL PIEZOELECTRIC CAPACITOR DIELECTRIC MATERIAL | Jeffrey B. Shealy | 16/447,789 | 6/20/2019 | US 2019-0305753 A1 | 10/3/2019 | 11316496 | 4/26/2022 | issued |
| 969RO0007US16 | US | 5G n41 2.6 GHz BAND ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Rohan W. Houlden David M. Aichele Jeffrey B. Shealy | 16/514,717 | 7/17/2019 | US 2019-0341906 A1 | 11/7/2019 | 11418169 | 8/16/2022 | issued |

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0007US17 | US | 5.5 GHz WI-FI COEXISTENCE ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Rohan W. Houlden Ya Shen David M. Aichele Jeffrey B. Shealy | 16/541,076 | 8/14/2019 | US 2019-0372549 A1 | 12/5/2019 | 11476825 | 10/18/2022 | issued |
| 969RO0007US18 | US | 4.5G 3.55-3.7 GHz BAND BULK ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden David M Aichele | 16/707,885 | 12/9/2019 | US 2020-0112298 A1 | 4/9/2020 | 11683021 | 6/20/2023 | issued |
| 969RO0007US19 | US | METHOD AND STRUCTURE FOR SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES USING THERMAL RECRYSTALLIZATION | Shawn R. Gibb Craig Moe Jeff Leathersich Steven P. Denbaars Jeffrey B. Shealy | 16/709,813 | 12/10/2019 | US 2020-0119715 A1 | 4/16/2020 | 11245382 | 2/8/2022 | issued |
| 969RO0007US20 | US | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES USING MICRO-VIAS | Shawn R. Gibb Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Ramakrishna Vetury Jeffrey B. Shealy | 16/776,253 | 1/29/2020 | US 2020-0169237 A1 | 5/28/2020 | 11881831 | 1/23/2024 | issued |
| 969RO0007US21 | US | 5.5 GHz Wi-Fi 5G COEXISTENCE ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Ya Shen Rohan W. Houlden David Aichele Jeffrey B. Shealy | 16/828,675 | 3/24/2020 | US 2020-0228096 A1 | 7/16/2020 | 11689186 | 6/27/2023 | issued |
| 969RO0007US22 | US | PIEZOELECTRIC ACOUSTIC RESONATOR MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy | 16/822,689 | 3/18/2020 | US 2020-0220514 A1 | 7/9/2020 | 11671067 | 6/6/2023 | issued |
| 969RO0007US23 | US | FRONT END MODULE FOR 5.2 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden Shawn R. Gibb David M. Aichele | 15/931,413 | 5/13/2020 | US 2020-0274607 A1 | 8/27/2020 | 11031989 | 6/8/2021 | issued |
| 969RO0007US24 | US | PIEZOELECTRIC ACOUSTIC RESONATOR WITH IMPROVED TCF MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Frank Bi Mary Winters Ramakrishna Vetury Abhay Kochhar | 16/893,026 | 6/4/2020 | US 2020-0304087 A1 | 9/24/2020 | 11356071 | 6/7/2022 | issued |
| 969RO0007US25 | US | PIEZOELECTRIC ACOUSTIC RESONATOR MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Mary Winters Kenneth Fallon Jeffrey B. Shealy | 16/901,539 | 6/15/2020 | US 2020-0313639 A1 | 10/1/2020 | 11424728 | 8/23/2022 | issued |
| 969RO0007US26 | US | FRONT END MODULE FOR 5.5 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden David M. Aichele | 16/902,953 | 6/16/2020 | US 2020-0313750 A1 | 10/1/2020 | 11184079 | 11/23/2021 | issued |
| 969RO0007US27 | US | FRONT END MODULE FOR 6.5 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden David M. Aichele | 16/903,007 | 6/16/2020 | US 2020-0313751 A1 | 10/1/2020 | 11177868 | 11/16/2021 | issued |
| 969RO0007US29 | US | FRONT END MODULE FOR 6.1 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden David M. Aichele | 17/198,927 | 3/11/2021 | US 2021-0203402 A1 | 7/1/2021 | 11394451 | 7/19/2022 | issued |
| 969RO0007US30 | US | PIEZOELECTRIC ACOUSTIC RESONATOR WITH DIELECTRIC PROTECTIVE LAYER MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Frank Bi Mary Winters Abhay Kochhar Emad Mehdizadeh Rohan Houlden Jeffrey B. Shealy | 17/230,729 | 4/14/2021 | US 2021-0234525 A1 | 7/29/2021 | 11677372 | 6/13/2023 | issued |
| 969RO0007US32 | US | FRONT END MODULES FOR 5.6 GHz & 6.6 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUITS | Jeffrey B. Shealy Rohan W. Houlden David Aichele | 17/544,319 | 12/7/2021 | US 2022-0103239 A1 | 3/31/2022 | 11736177 | 8/22/2023 | issued |
| 969RO0007US33 | US | ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT DEVICE | Jeffrey B. Shealy Michael D. Hodge Rohan W. Houlden Mary Winters Ramakrishna Vetury Ya Shen David M. Aichele | 17/558,147 | 12/21/2021 | US 2022-0116023 A1 | 4/14/2022 | 11456723 | 9/27/2022 | issued |
| 969RO0007US34 | US | ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT DEVICE | Jeffrey B. Shealy Michael D. Hodge Rohan W. Houlden Mary Winters Ramakrishna Vetury Ya Shen David M. Aichele | 17/667,336 | 2/8/2022 | US 2022-0166408 A1 | 5/26/2022 | 11456724 | 9/27/2022 | issued |

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0007US35 | US | METHOD AND STRUCTURE FOR HIGH PERFORMANCE RESONANCE CIRCUIT WITH SINGLE CRYSTAL PIEZOELECTRIC CAPACITOR DIELECTRIC MATERIAL | Jeffrey B. Shealy | 17/694,514 | 3/14/2022 | US 2022-0209742 A1 | 6/30/2022 | 11804819 | 10/31/2023 | issued |
| 969RO0007US37 | US | FRONT END MODULE FOR 6.1 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Jeffrey B. Shealy Rohan W. Houlden David Aichele | 17/841,485 | 6/15/2022 | US 2022-0311502 A1 | 9/29/2022 | 11611386 | 3/21/2023 | issued |
| 969RO0007US38 | US | 5G n41 2.6 GHz BAND ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy Rohan W. Houlden David M. Aichele | 17/858,766 | 7/6/2022 | US 2022-0345111 A1 | 10/27/2022 | 11616490 | 3/28/2023 | issued |
| 969RO0007US39 | US | 5.5 GHz Wi-Fi 5G COEXISTENCE ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Ya Shen Rohan W. Houlden David Aichele Jeffrey B. Shealy | 17/860,866 | 7/8/2022 | US 2022-0345110 A1 | 10/27/2022 | 11621698 | 4/4/2023 | issued |
| 969RO0007US40 | US | PIEZOELECTRIC ACOUSTIC RESONATOR MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy | 17/865,092 | 7/14/2022 | US 2022-0352863 A1 | 11/3/2022 | 11646710 | 5/9/2023 | issued |
| 969RO0007US41 | US | 5G n79 WI-FI ACOUSTIC TRIPLEXER CIRCUIT | Jeffrey B. Shealy Michael Hodge Rohan W. Houlden Shawn R. Gibb Mary Winters Ramakrishna Vetury David M. Aichele | 17/886,149 | 8/11/2022 | US 2022-0385274-A1 | 12/1/2022 | 11646719 | 5/9/2023 | issued |
| 969RO0007US42 | US | 5G n79 WI-FI ACOUSTIC TRIPLEXER CIRCUIT | Jeffrey B. Shealy Michael Hodge Rohan W. Houlden Shawn R. Gibb Mary Winters Ramakrishna Vetury David M. Aichele | 17/886,171 | 8/11/2022 | US 2022-0385275-A1 | 12/1/2022 | 11637545 | 4/25/2023 | issued |
| 969RO0007US43 | US | ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT DEVICE | Jeffrey B. Shealy Michael D. Hodge Rohan W. Houlden Mary Winters Ramakrishna Vetury Shawn R. Gibb David M. Aichele | 17/888,164 | 8/15/2022 | US 2022-0393667 A1 | 12/8/2022 | 11646717 | 5/9/2023 | issued |
| 969RO0007US44 | US | ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT DEVICE | Jeffrey B. Shealy Michael D. Hodge Rohan W. Houlden Mary Winters Ramakrishna Vetury Shawn R. Gibb David M. Aichele | 17/890,116 | 8/17/2022 | US 2022-0393668 A1 | 12/8/2022 | 11646718 | 5/9/2023 | issued |
| 969RO0007US45 | US | 5.5 GHz WI-FI COEXISTENCE ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy | 17/944,475 | 9/14/2022 | US 2023-0006631 A1 | 1/5/2023 | 11711064 | 7/25/2023 | issued |
| 969RO0007US48 | US | PIEZOELECTRIC ACOUSTIC RESONATOR MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy | 18/321,529 | 5/22/2023 | US 2023-0291376 A1 | 9/14/2023 | 12136906 | 11/5/2024 | issued |
| 969RO0007US51 | US | FRONT END MODULES FOR 5.6 GHz and 6.6 GHz Wi-Fi ACOUSTIC WAVE RESONATOR RF FILTER CIRCUITS | Jeffrey B. Shealy Rohan W. Houlden David Aichele | 18/339,796 | 6/22/2023 | US 2023-0336235 A1 | 10/19/2023 | 12136983 | 11/5/2024 | issued |
| 969RO0008US | US | COMMUNICATION FILTER USING SINGLE CRYSTAL ACOUSTIC RESONATOR DEVICES | Jeffrey B. Shealy | 15/647,098 | 7/11/2017 | US 10,256,786 B1 | 4/9/2019 | 10256786 | 4/9/2019 | issued |
| 969RO0008US1 | US | COMMUNICATION FILTER FOR LTE BAND 41 | Jeffrey B. Shealy | 16/282,238 | 2/21/2019 | US 2019-0181831 A1 | 6/13/2019 | 10855250 | 12/1/2020 | issued |
| A969RO-000900US | US | STRUCTURE AND METHOD OF MANUFACTURE FOR ACOUSTIC RESONATOR OR FILTER DEVICES USING IMPROVED FABRICATION CONDITIONS AND PERIMETER STRUCTURE MODIFICATIONS | Ramakrishna Vetury Shawn R. Gibb Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Jeffrey B. Shealy Michael D. Hodge Art Geiss Pinal Patel | 15/341,218 | 11/2/2016 | US 2018-0123542 A1 | 5/3/2018 | 10110190 | 10/23/2018 | issued |

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0009US3 | US | STRUCTURE AND METHOD OF MANUFACTURE FOR ACOUSTIC RESONATOR OR FILTER DEVICES USING IMPROVED FABRICATION CONDITIONS AND PERIMETER STRUCTURE | Ramakrishna Vetury Shawn R. Gibb Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Jeffrey B. Shealy Michael D. Hodge Art Geiss Pinal Patel | 16/136,145 | 9/19/2018 | US 2019-0020324 A1 | 1/17/2019 | 10992279 | 4/27/2021 | issued |
| 969RO0009US4 | US | STRUCTURE AND METHOD OF MANUFACTURE FOR ACOUSTIC RESONATOR OR FILTER DEVICES USING IMPROVED FABRICATION CONDITIONS AND PERIMETER STRUCTURE MODIFICATIONS | Ramakrishna Vetury Shawn R. Gibb Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Jeffrey B. Shealy Michael D. Hodge Art Geiss Pinal Patel | 16/134,941 | 9/18/2018 | US 2019-0036504 A1 | 1/31/2019 | 10979011 | 4/13/2021 | issued |
| 969RO0009US5 | US | METHOD FOR FABRICATING AN ACOUSTIC RESONATOR DEVICE WITH PERIMETER STRUCTURES | Ramakrishna Vetury Shawn R. Gibb Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Jeffrey B. Shealy Michael D. Hodge Art Geiss Pinal Patel | 16/136,158 | 9/19/2018 | US 2019-0020325 A1 | 1/17/2019 | 11165404 | 11/2/2021 | issued |
| 969RO0009US6 | US | METHOD FOR FABRICATING AN ACOUSTIC RESONATOR DEVICE | Ramakrishna Vetury Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Dae Ho Kim Michael D. Hodge Art Geiss Pinal Patel Mary Winters Jeffrey B. Shealy | 17/102,060 | 11/23/2020 | US 2021-0104993 A1 | 4/8/2021 | 11558023 | 1/17/2023 | issued |
| 969RO0009US7 | US | METHOD FOR FABRICATING AN ACOUSTIC RESONATOR DEVICE WITH PERIMETER STRUCTURES | Ramakrishna Vetury Shawn R. Gibb Alexander Y. Feldman Mark D. Boomgarden Michael P. Lewis Jeffrey B. Shealy Michael D. Hodge Art Geiss Pinal Patel | 17/490,733 | 9/30/2021 | US 2022-0021364 A1 | 1/20/2022 | 11728781 | 8/15/2023 | issued |
| 969RO0010US | US | MONOLITHIC SINGLE CHIP INTEGRATED RADIO FREQUENCY FRONT END MODULE CONFIGURED WITH SINGLE CRYSTAL ACOUSTIC FILTER DEVICES | Shawn R. Gibb Ramakrishna Vetury Mark D. Boomgarden David Aichele Jeffrey B. Shealy | 15/405,167 | 1/12/2017 | US 2019-0312027 A1 | 10/10/2019 | 10431580 | 10/1/2019 | issued |
| 969RO0010US1 | US | MONOLITHIC SINGLE CHIP INTEGRATED RADIO FREQUENCY FRONT END MODULE CONFIGURED WITH SINGLE CRYSTAL ACOUSTIC FILTER DEVICES | Shawn R. Gibb Ramakrishna Vetury Mark D. Boomgarden David Aichele Jeffrey B. Shealy | 16/532,333 | 8/5/2019 | US 2019-0371792 A1 | 12/5/2019 | 10957688 | 3/23/2021 | issued |
| 969RO0010US2 | US | MONOLITHIC SINGLE CHIP INTEGRATED RADIO FREQUENCY FRONT END MODULE CONFIGURED WITH SINGLE CRYSTAL ACOUSTIC FILTER DEVICES | Shawn R. Gibb Ramakrishna Vetury Mark D. Boomgarden David Aichele Jeffrey B. Shealy | 17/180,174 | 2/19/2021 | US 2021-0202473 A1 | 7/1/2021 | 11581306 | 2/14/2023 | issued |
| 969RO0011US | US | ELLIPTICAL STRUCTURE FOR BULK ACOUSTIC WAVE RESONATOR | Dae Ho Kim Pinal Patel Rohan W. Houlden James B. Shealy Jeffrey B. Shealy | 16/054,929 | 8/3/2018 | US 2019-0044493 A1 | 2/7/2019 | 10855247 | 12/1/2020 | issued |
| 969RO0012US | US | WIRELESS COMMUNICATION INFRASTRUCTURE SYSTEM CONFIGURED WITH A SINGLE CRYSTAL PIEZO RESONATOR AND FILTER STRUCTURE | Ramakrishna Vetury Shawn R. Gibb Mark D. Boomgarden | 15/701,307 | 9/11/2017 | US 2019-0081611 A1 | 3/14/2019 | 10615773 | 4/7/2020 | issued |
| 969RO0013US | US | METHOD AND STRUCTURE OF SINGLE CRYSTAL ELECTRONIC DEVICES WITH ENHANCED STRAIN INTERFACE REGIONS BY IMPURITY INTRODUCTION | Shawn R. Gibb Steven Denbaars Jeffrey B. Shealy | 15/900,599 | 2/20/2018 | US 2019-0259934 A1 | 8/22/2019 | 11557716 | 1/17/2023 | issued |

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0014US1 | US | IMPROVED EFFECTIVE COUPLING COEFFICIENTS FOR STRAINED SINGLE CRYSTAL EPITAXIAL FILM BULK ACOUSTIC RESONATORS | Jeffrey B. Shealy | 16/928,919 | 7/14/2020 | US 2020-0343875 A1 | 10/29/2020 | 11211918 | 12/28/2021 | issued |
| 969RO0016US | US | HIGH POWER BULK ACOUSTIC WAVE RESONATOR FILTER DEVICES | Rohan W. Houlden Jeffrey B. Shealy Shawn R. Gibb Joel M. Morgan | 16/552,999 | 8/27/2019 | US 2020-0067486 A1 | 2/27/2020 | 11652469 | 5/16/2023 | issued |
| 969RO0017US | US | BAW RESONATORS WITH ANTISYMMETRIC THICK ELECTRODES | Dae Ho Kim Mary Winters Zhiqiang Bi | 16/389,806 | 4/19/2019 | US 2020-0336129 A1 | 10/22/2020 | 10879872 | 12/29/2020 | issued |
| 969RO0017US1 | US | BAW RESONATORS WITH ANTISYMMETRIC THICK ELECTRODES | Dae Ho Kim Mary Winters Zhiqiang Bi | 17/130,915 | 12/22/2020 | US 2021-0111700 A1 | 4/15/2021 | 11695390 | 7/4/2023 | issued |
| 969RO0018US | US | RESONATOR SHAPES FOR BULK ACOUSTIC WAVE (BAW) DEVICES | Zhiqiang Bi Dae Ho Kim Pinal Patel Kathy W. Davis Rohan W. Houlden | 16/389,818 | 4/19/2019 | US 2020-0336125 A1 | 10/22/2020 | 11552613 | 1/10/2023 | issued |
| 969RO0018US1 | US | RESONATOR SHAPES FOR BULK ACOUSTIC WAVE (BAW) DEVICES | Zhiqiang Bi Dae Ho Kim Pinal Patel Kathy W. Davis Rohan W. Houlden | 18/064,762 | 12/12/2022 | US 2023-0112046 A1 | 4/13/2023 | 12160218 | 12/3/2024 | issued |
| 969RO0019US | US | RF BAW RESONATOR FILTER ARCHITECTURE FOR 6.5GHZ WI-FI 6E COEXISTENCE AND OTHER ULTRA-WIDEBAND APPLICATIONS | Guillermo Moreno Granado Rohan W. Houlden David M. Aichele Jeffrey B. Shealy | 16/995,598 | 8/17/2020 | US 2022-0052665 A1 | 2/17/2022 | 11496108 | 11/8/2022 | issued |
| 969RO0020US | US | 5 & 6 GHz Wi-Fi COEXISTENCE ACOUSTIC WAVE RESONATOR RF DIPLEXER CIRCUIT | Guillermo Moreno Granado Rohan W. Houlden David M. Aichele Jeffrey B. Shealy | 17/151,552 | 1/18/2021 | US 2022-0231665 A1 | 7/21/2022 | 11901880 | 2/13/2024 | issued |
| 969RO0026US | US | STRUCTURE AND METHOD OF MANUFACTURE FOR ACOUSTIC RESONATOR OR FILTER DEVICES USING IMPROVED FABRICATION CONDITIONS AND PERIMETER STRUCTURE MODIFICATIONS | Ramakrishna Vetury, Alexander Y. Feldman, Michael D. Hodge, Art Geiss, Shawn R. Gibb, Mark D. Boomgarden, Michael P. Lewis, Pinal Patel, Jeffrey B. Shealy | 16/275,655 | 2/14/2019 | US 2019-0190479 A1 | 6/20/2019 | 10931251 | 2/23/2021 | issued |
| 969RO0027US | US | Methods of forming group III piezoelectric thin films via sputtering | Craig Moe, Jeffrey B. Shealy, Mary Winters | 16/513,143 | 7/16/2019 | US 2020-0013948 A1 | 1/9/2020 | 11411168 | 8/9/2022 | issued |
| 969RO0028US | US | METHODS OF FORMING DOPED CRYSTALLINE PIEZOELECTRIC THIN FILMS VIA MOCVD AND RELATED DOPED CRYSTALLINE PIEZOELECTRIC THIN FILMS | Craig Moe, Jeffrey M. Leathersich, Arthur E. Geiss | 16/530,425 | 8/2/2019 | US 2020-0111949 A1 | 4/9/2020 | 11856858 | 12/26/2023 | issued |
| 969RO0029US | US | BULK ACOUSTIC WAVE RESONATOR FILTERS INCLUDING REJECTION-BAND RESONATORS | Ya Shen, Michael D. Hodge | 16/660,227 | 10/22/2019 | US 2020-0067487 A1 | 2/27/2020 | 10873317 | 12/22/2020 | issued |
| 969RO0030US | US | Methods of Forming Group III Piezoelectric Thin Films Via Removal of Portions of First Sputtered Material | Craig Moe, Jeffrey B. Shealy, Mary Winters, Dae Ho Kim, Abhay Saranswarup Kochhar | 16/742,202 | 1/14/2020 | US 2020-0152858 A1 | 5/14/2020 | 11411169 | 8/9/2022 | issued |
| 969RO0030US1 | US | METHODS OF FORMING GROUP III PIEZOELECTRIC THIN FILMS VIA REMOVAL OF PORTIONS OF FIRST SPUTTERED MATERIAL | Craig Moe, Jeffrey B. Shealy, Mary Winters, Dae Ho Kim, Abhay Saranswarup Kochhar | 17/811,222 | 7/7/2022 | US 2022-0352456 A1 | 11/3/2022 | 11895920 | 2/6/2024 | issued |
| 969RO0031US | US | APPARATUS INCLUDING HORIZONTAL FLOW REACTOR WITH A CENTRAL INJECTOR COLUMN HAVING SEPARATE CONDUITS FOR LOW-VAPOR PRESSURE METALORGANIC PRECURSORS AND OTHER PRECURSORS FOR FORMATION OF PIEZOELECTRIC LAYERS ON WAFERS | Craig Moe, Jeffrey M. Leathersich | 16/784,843 | 2/7/2020 | US 2021-0246570 A1 | 8/12/2021 | 11618968 | 4/4/2023 | issued |
| 969RO0032US | US | METHODS OF FORMING INTEGRATED CIRCUIT DEVICES USING CUTTING TOOLS TO EXPOSE METALIZATION PADS THROUGH A CAP STRUCTURE AND RELATED CUTTING DEVICES | Robert C. Dry, Brook Hosse | 16/784,912 | 2/7/2020 | US 2021-0249272 A1 | 8/12/2021 | 11348798 | 5/31/2022 | issued |

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0033US | US | METHODS OF FORMING GROUP III-NITRIDE SINGLE CRYSTAL PIEZOELECTRIC THIN FILMS USING ORDERED DEPOSITION AND STRESS NEUTRAL TEMPLATE LAYERS | Craig Moe, Jeffrey M. Leathersich | 16/852,007 | 4/17/2020 | US 2020-0259070 A1 | 8/13/2020 | 11832521 | 11/28/2023 | issued |
| 969RO0034US | US | RF ACOUSTIC WAVE RESONATORS INTEGRATED WITH HIGH ELECTRON MOBILITY TRANSISTORS INCLUDING A SHARED PIEZOELECTRIC/BUFFER LAYER AND METHODS OF FORMING THE SAME | Jeffrey B. Shealy, Mary Winters, Craig Moe | 16/990,638 | 8/11/2020 | US 2021-0067123 A1 | 3/4/2021 | 11581866 | 2/14/2023 | issued |
| 969RO0035US | US | BULK ACOUSTIC WAVE RESONATOR FILTERS WITH INTEGRATED CAPACITORS | Saurabh Gupta, Zhiqiang Bi, Emad Mehdizadeh, Dae Ho Kim, Pinal Patel | 17/110,675 | 12/3/2020 | US 2022-0182039 A1 | 6/9/2022 | 11870422 | 1/9/2024 | issued |
| 969RO0036US | US | BULK ACOUSTIC WAVE RESONATOR FILTERS INCLUDING A HIGH IMPEDANCE SHUNT BRANCH AND METHODS OF FORMING THE SAME | Saurabh Gupta, Zhiqiang BI, Dae Ho KIM, Pinal Patel, Katherine W. Davis, Emad Mehdizadeh | 17/323,332 | 5/18/2021 | US 2021-0273630 A1 | 9/2/2021 | 12028046 | 7/2/2024 | issued |
| 969RO0037US | US | METHODS OF FORMING FILMS INCLUDING SCANDIUM AT LOW TEMPERATURES USING CHEMICAL VAPOR DEPOSITION TO PROVIDE PIEZOELECTRIC RESONATOR DEVICES AND/OR HIGH ELECTRON MOBILITY TRANSISTOR DEVICES | Craig Moe, Jeffrey M. Leathersich | 17/193,623 | 3/5/2021 | US 2021-0280634 A1 | 9/9/2021 | 12102010 | 9/24/2024 | issued |
| 969RO0038US | US | BULK ACOUSTIC WAVE RESONATOR FILTERS INCLUDING REJECTION-BAND RESONATORS | Ya Shen, Michael D. Hodge | 17/119,052 | 12/11/2020 | US 2021-0167755 A1 | 6/3/2021 | 11349453 | 5/31/2022 | issued |
| 969RO0038US1 | US | BULK ACOUSTIC WAVE RESONATOR FILTERS INCLUDING REJECTION-BAND RESONATORS | Ya Shen, Michael D. Hodge | 17/661,367 | 4/29/2022 | US 2022-0368308 A1 | 11/17/2022 | 11581872 | 2/14/2023 | issued |
| 969RO0038US2 | US | BULK ACOUSTIC WAVE RESONATOR FILTERS INCLUDING REJECTION-BAND RESONATORS | YA SHEN, MICHAEL D. HODGE | 18/157,161 | 1/20/2023 | US 2023-0155571 A1 | 5/18/2023 | 11838005 | 12/5/2023 | issued |
| 969RO0043US | US | STRUCTURE AND METHOD OF MANUFACTURE FOR ACOUSTIC RESONATOR OR FILTER DEVICES USING IMPROVED FABRICATION CONDITIONS AND PERIMETER STRUCTURE MODIFICATIONS | Ramakrishna Vetury, Alexander Y. Feldman, Michael D. Hodge, Art Geiss, Shawn R. Gibb, Mark D. Boomgarden, Michael P. Lewis, Pinal Patel, Jeffrey B. Shealy | 17/171,756 | 2/9/2021 | US 2021-0184641 A1 | 6/17/2021 | 11563412 | 1/24/2023 | issued |
| 969RO0002US3 | US | METHOD OF MANUFACTURE FOR SINGLE CRYSTAL CAPACITOR DIELECTRIC FOR A RESONANCE CIRCUIT | Jeffrey B. Shealy | 17/938,241 | 10/5/2022 | US 2023-0023845 A1 | 1/26/2023 | | | pending |
| 969RO0007US36 | US | PIEZOELECTRIC ACOUSTIC RESONATOR WITH IMPROVED TCF MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Frank Bi Mary Winters Ramakrishna Vetury Abhay Kochhar | 17/736,544 | 5/4/2022 | US 2022-0263484 A1 | 8/18/2022 | | | pending |
| 969RO0007US46 | US | PIEZOELECTRIC ACOUSTIC RESONATOR MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Mary Winters Ramakrishna Vetury Jeffrey B. Shealy | 18/303,163 | 4/19/2023 | US 2023-0253943 A1 | 8/10/2023 | | | pending |
| 969RO0007US49 | US | PIEZOELECTRIC ACOUSTIC RESONATOR WITH DIELECTRIC PROTECTIVE LAYER MANUFACTURED WITH PIEZOELECTRIC THIN FILM TRANSFER PROCESS | Dae Ho Kim Frank Bi Mary Winters Abhay Kochhar Emad Mehdizadeh Rohan Houlden Jeffrey B. Shealy | 18/331,577 | 6/8/2023 | US 2023-0327628 A1 | 10/12/2023 | | | pending |
| 969RO0007US50 | US | 5.5 GHz Wi-Fi 5G COEXISTENCE ACOUSTIC WAVE RESONATOR RF FILTER CIRCUIT | Ya Shen Rohan W. Houlden David Aichele Jeffrey B. Shealy | 18/334,303 | 6/13/2023 | US 2023-0327649 A1 | 10/12/2023 | | | pending |
| 969RO0007US52 | US | METHOD AND STRUCTURE FOR HIGH PERFORMANCE RESONANCE CIRCUIT WITH SINGLE CRYSTAL PIEZOELECTRIC CAPACITOR DIELECTRIC MATERIAL | Jeffrey B. Shealy | 18/455,402 | 8/24/2023 | US 2023-0412145 A1 | 12/21/2023 | | | pending |

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0017US2 | US | BAW RESONATORS WITH ANTISYMMETRIC THICK ELECTRODES | Dae Ho Kim Mary Winters Zhiqiang Bi | 18/339,939 | 6/22/2023 | US 2023-0336151 A1 | 10/19/2023 | | | pending |
| 969RO0030US2 | US | METHODS OF FORMING GROUP III PIEZOELECTRIC THIN FILMS VIA REMOVAL OF PORTIONS OF FIRST SPUTTERED MATERIAL | Craig Moe, Jeffrey B. Shealy, Mary Winters, Dae Ho Kim, Abhay Saranswarup Kochhar | 18/417,530 | 1/19/2024 | US 2024-0164216 A1 | 5/16/2024 | | | pending |
| 969RO0033US1 | US | METHODS OF FORMING GROUP III-NITRIDE SINGLE CRYSTAL PIEZOELECTRIC THIN FILMS USING ORDERED DEPOSITION AND STRESS NEUTRAL TEMPLATE LAYERS | Craig Moe, Jeffrey M. Leathersich | 18/510,119 | 11/15/2023 | US 2024-0088860 A1 | 3/14/2024 | | | pending |
| 969RO0034US1 | US | RF ACOUSTIC WAVE RESONATORS INTEGRATED WITH HIGH ELECTRON MOBILITY TRANSISTORS INCLUDING A SHARED PIEZOELECTRIC/BUFFER LAYER | Jeffrey B. Shealy, Mary Winters, Craig Moe | 18/157,881 | 1/23/2023 | US 2023-0163743 A1 | 5/25/2023 | | | Pending |
| 969RO0037US1 | US | METHODS OF FORMING FILMS INCLUDING SCANDIUM AT LOW TEMPERATURES USING CHEMICAL VAPOR DEPOSITION TO PROVIDE PIEZOELECTRIC RESONATOR DEVICES AND/OR HIGH ELECTRON MOBILITY TRANSISTOR DEVICES | Craig Moe, Jeffrey M. Leathersich | 18/887,882 | 9/17/2024 | Not yet published | | | | pending |
| 969RO0040US | US | DOPED CRYSTALLINE PIEZOELECTRIC RESONATOR FILMS AND METHODS OF FORMING DOPED SINGLE CRYSTALLINE PIEZOELECTRIC RESONATOR LAYERS ON SUBSTRATES VIA EPITAXY | Craig Moe, Jeffrey M. Leathersich, Dae Ho Kim, Zhiqiang Bi, Mary Winters | 17/514,590 | 10/29/2021 | US 2022-0182034 A1 | 6/9/2022 | | | pending |
| 969RO0046US | US | METHODS OF FORMING SINGLE CRYSTAL PIEZOELECTRIC LAYERS USING LOW TEMPERATURE EPITAXY AND RELATED SINGLE CRYSTALLINE PIEZOELECTRIC RESONATOR FILMS | Craig Moe, Jeffrey M. Leathersich | 18/002,339 | 12/19/2022 | US 2023-0246618 A1 | 8/3/2023 | | | pending |
| 969RO0049US | US | METHODS OF FORMING EPITAXIAL AlScN RESONATORS WITH SUPERLATTICE STRUCTURES INCLUDING AlGaN INTERLAYERS AND VARIED SCANDIUM CONCENTRATIONS FOR STRESS CONTROL AND RELATED STRUCTURES | Craig Moe, Jeffrey M. Leathersich, Jeffrey B. Shealy | 17/527,866 | 11/16/2021 | US 2022-0416756 A1 | 12/29/2022 | | | pending |
| 969RO0051US | US | METHODS OF FORMING PIEZOELECTRIC LAYERS HAVING ALTERNATING POLARIZATIONS | Craig Moe, Jeffrey M. Leathersich, Ramakrishna Vetury, Abhay Saranswarup Kochhar | 18/294,809 | 2/2/2024 | Not yet published | | | | pending |
| 969RO0051US1 | US | METHODS OF FORMING PIEZOELECTRIC LAYERS HAVING ALTERNATING POLARIZATIONS AND RELATED BULK ACOUSTIC WAVE FILTER DEVICES | Craig Moe, Jeffrey M. Leathersich, Ramakrishna Vetury, Abhay Saranswarup Kochhar, R. H. Olsson, Zichen Tang | 18/294,830 | 2/2/2024 | Not yet published | | | | pending |
| 969RO0058US | US | METHODS OF FORMING PIEZOELECTRIC RESONATOR DEVICES INCLUDING EMBEDDED ENERGY CONFINEMENT FRAMES | Abhay Saranswarup Kochhar, Dae Ho Kim, Zhiqiang Bi, Emad Mehdizadeh, Mojtaba Hodjat-Shamami, Mary Winters, Rohan Houlden, Jeffrey B. Shealy | 18/185,577 | 3/17/2023 | US 2023-0299733 A1 | 9/21/2023 | | | pending |
| 969RO0060US | US | METHODS OF FORMING ACOUSTIC RESONATOR DEVICE WAFERS INTEGRATED WITH ELECTRONIC SEMICONDUCTOR SWITCHING DEVICE WAFERS USING A WAFER TRANSFER PROCESS AND RELATED STRUCTURES | Kamran Cheema, Abhay Saranswarup Kochhar, Ramakrishna Vetury, Daeho Kim | 18/065,538 | 12/13/2022 | US 2024-0196753 A1 | 6/13/2024 | | | pending |

**SCHEDULE AB 60 ATTACHMENT**

Patents, Copyrights, Trademarks, and Trade Secrets

| Ref. No. | Country | Title | Inventor | App No. | Filing Date | Publication No. | Publication Date | Patent No. | Issue Date | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 969RO0061US | US | METHODS OF PACKAGING ACOUSTIC WAVE RESONATOR DEVICES ON WAFERS AND RELATED WAFERS AND STRUCTURES | Kenneth Fallon, Carlos R. Padilla, Mary Winters, Robert Charles Dry, Ethan Gram, Westbrook Hoose | 18/160,877 | 1/27/2023 | US 2024-0258991 A1 | 8/1/2024 | | | pending |

**Fill in this information to identify the case:**

Debtor name: Akoustis, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-12797

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:**  List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.**If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

Joseph Collins
Address on File

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
1 - All Secured Promissory Noteholders

**Describe debtor's property that is subject to the lien:**
Substantially all of the property of Akoustis, Inc. and Grinding and Dicing Services, Inc.

**Describe the lien**
Secured Promissory Note

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| $800,000.00 | Undetermined |

2.2

Laila Haq Collins
Address on File

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
1 - All Secured Promissory Noteholders

**Describe debtor's property that is subject to the lien:**
Substantially all of the property of Akoustis, Inc. and Grinding and Dicing Services, Inc.

**Describe the lien**
Secured Promissory Note

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$800,000.00    Undetermined

2.3

Nabila Haq
Address on File

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.
1 - All Secured Promissory Noteholders

**Describe debtor's property that is subject to the lien:**
Substantially all of the property of Akoustis, Inc. and Grinding and Dicing Services, Inc.

**Describe the lien**
Secured Promissory Note

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$666,400.00    Undetermined

**2.4**

Saira Y. Haq, Trustee, Non-Exempt
Marital Trust Created May 26, 2006
Under the Terms of the Haq Living
Trust Dated April 12, 1989
Address on File

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
1 - All Secured Promissory
Noteholders

**Describe debtor's property that is subject to
the lien:**
Substantially all of the property of Akoustis,
Inc. and Grinding and Dicing Services, Inc.

**Describe the lien**
Secured Promissory Note

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$933,600.00          Undetermined

**2.5**

Yousuf Haq
Address on File

**Date debt was incurred?**

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☑ Yes. Specify each creditor, including

this creditor, and its relative priority.
1 - All Secured Promissory
Noteholders

**Describe debtor's property that is subject to
the lien:**
Substantially all of the property of Akoustis,
Inc. and Grinding and Dicing Services, Inc.

**Describe the lien**
Secured Promissory Note

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$800,000.00          Undetermined

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**

$4,000,000.00

Debtor    Akoustis, Inc.
          Name

Case number *(if known)* 24-12797

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1<br><br>Hanson Bridgett LLP<br>Attn: Eric Clarke<br>1676 North California Blvd., Suite 620<br>Walnut Creek, CA 94596 | 2.1 - 2.5 | |

**Fill in this information to identify the case:**

Debtor name: Akoustis, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-12797

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | | | |

National Taxation Bureau of the Northern Area
Zhongli Office 1
No. 115, Zhongping Rd.
Zhongli Dist.
Taoyuan City 320675
Taiwan

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( _8_ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Income Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

Total claim: $2,288.00

Priority amount: $2,288.00

2.2

National Taxation Bureau of the Northern Area
Zhongli Office 1
No. 115, Zhongping Rd.
Zhongli Dist.
Taoyuan City 320675
Taiwan

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**          $2,995.00          $2,995.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Value-Added Tax (VAT)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

---

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

3.1

1 Billion Tech Inc.
3600, 136th PL SE, Ste 300
Bellevue, WA 98006

**Date or dates debt was incurred**

1153

**As of the petition filing date, the claim is:**          $3,088.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.2

1000Bulbs.com
2140 Merritt Drive
Garland, TX 75041

**Date or dates debt was incurred**

0166

**As of the petition filing date, the claim is:**          $487.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3**

AAG Landscape, LLC
3012 State Route 5 & 20
Stanley, NY 14561

**Date or dates debt was incurred**

0483

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,612.50

**3.4**

Ace Hardware
1802 Route 332
Canandaigua, NY 14424

**Date or dates debt was incurred**

0992

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$144.88

**3.5**

Air Liquide Advanced Materials
3040 US Highway 22 West Suite 110
Branchburg, NJ 08876

**Date or dates debt was incurred**
12/15/2024

0038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,000.00

**3.6**

Airgas USA, LLC
PO Box 734445
Chicago, IL 60673-4445

**Date or dates debt was incurred**
12/15/2024

0041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,486.97

**3.7**

Aixtron, Inc.
c/o CEO or General Counsel
1700 Wyatt Drive Suite 14-15
Santa Clara, CA 95054

**Date or dates debt was incurred**
12/15/2024

0043

**As of the petition filing date, the claim is:**                                          $22,517.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.8**

American Food and Vending
124 Metropolitan Park Drive
Liverpool, NY 13088

**Date or dates debt was incurred**

0059

**As of the petition filing date, the claim is:**                                          $204.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.9**

AMPACC Law Group, PLLC
3500 188th St SW Ste 103
Lynwood, WA 98037

**Date or dates debt was incurred**

0064

**As of the petition filing date, the claim is:**                                          $11,510.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.10**

Art Semi LLC
9208 Waterford Centre BlvdSuite 110
Austin, TX 78785

**Date or dates debt was incurred**

0085

**As of the petition filing date, the claim is:**                                          $5,170.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.11

Awards North
18535 Old Statesville Road Suite D
Cornelius, NC 28031

**Date or dates debt was incurred**

0096

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$108.08

3.12

Bayard, P.A.
Attn: Steve Brauerman
600 N. King Street Suite 400
Wilmington, DE 19899

**Date or dates debt was incurred**

0111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$20,806.20

3.13

BDO
Attn: Chris Silva
PO Box 642743
Pittsburgh, PA 15264-2743

**Date or dates debt was incurred**

0112

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,990.00

3.14

Brex, Inc.
405 Howard Street Floor 2
San Francisco, CA 94105

**Date or dates debt was incurred**

0132

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,098.53

**3.15**

Broadridge ICS
125 High Street, Floor 3
Boston, MA 02110

**Date or dates debt was incurred**

0136

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,175.56

**3.16**

Cadence Design Systems, Inc.
c/o CEO or General Counsel
2655 Seely Avenue
San Jose, CA 95134

**Date or dates debt was incurred**

0151

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$96,499.00

**3.17**

Catapult Employers Association, Inc.
3150 Spring Forest Road Suite 115
Raleigh, NC 27616

**Date or dates debt was incurred**

0174

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$139.17

**3.18**

CBIZ CPAs, P.C.
700 W. 47th Street Suite 1100
Kansas City, MO 64112

**Date or dates debt was incurred**

1172

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,300.00

3.19

Chain Reaction Systems, Inc.
2950 Buskirk Avenue Suite 300
Walnut Creek, CA 94597

**Date or dates debt was incurred**

0473

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,824.40

---

3.20

Charter Communications
PO Box 6030
Carol Stream, IL 60197

**Date or dates debt was incurred**

0803

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$280.26

---

3.21

ChemTreat, Inc.
15045 Collections Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**

0188

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,236.53

---

3.22

Cintas Corporation
PO Box 740855
CIncinnati, OH 45274-0855

**Date or dates debt was incurred**

0198

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,847.26

**3.23**

Comairco Equipment, Inc.
3250 Union Road
Buffalo, NY 14227

**Date or dates debt was incurred**

0218

As of the petition filing date, the claim is:    $4,371.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.24**

Controlled Contamination Services, LLC
PO Box 790379
Saint Louis, MO 63179

**Date or dates debt was incurred**

0223

As of the petition filing date, the claim is:    $9,352.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.25**

Cornerstone Research, Inc.
555 West 5th Street 38th Floor
Los Angeles, CA 90013-3016

**Date or dates debt was incurred**

0197

As of the petition filing date, the claim is:    $7,665.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26**

Coverall North America Inc.
2955 Momentum Place
Chicago, IL 60689

**Date or dates debt was incurred**

0224

As of the petition filing date, the claim is:    $493.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

Cre8tve Works LLC
701 Hanover Drive
Concord, NC 28027

**Date or dates debt was incurred**

0236

As of the petition filing date, the claim is: $1,428.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.28**

CS Automation
6319 Dean Parkway
Ontario, NY 14519

**Date or dates debt was incurred**

0246

As of the petition filing date, the claim is: $104.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.29**

Deferred Revenue

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $902,789.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Deferred Revenue

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.30**

DHL Express, Inc.
16592 Collections Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**

0274

As of the petition filing date, the claim is: $6,335.37
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Akoustis, Inc.
Name

Case number *(if known)* 24-12797

**3.31**

E&S Technologies
180 Middlesex Street
North Chelmsford, MA 01863

**Date or dates debt was incurred**

0291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$479.30

**3.32**

Edgar Agents, LLC
105 White Oak Lane
Suite 104
Old Bridge, NJ 8857

**Date or dates debt was incurred**

0297

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,495.95

**3.33**

Empire Access
34 Main Street
Prattsburgh, NY 14873

**Date or dates debt was incurred**

0311

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$609.00

3.34

Employee Refunds

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $510.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee Refunds for Sell-to-Cover Transaction under
Rule 10b5-1

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.35

Energy United
567 Mocksville Highway
Statesville, NC 28687

**Date or dates debt was incurred**
12/15/2024

0006

**As of the petition filing date, the claim is:**                    $2,856.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.36

Environmental Emergency Response Consulting
33 Forgham Road
Rochester, NY 14616

**Date or dates debt was incurred**

0318

**As of the petition filing date, the claim is:**                    $12,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.37

Fed Ex - Freight
PO Box 223125
Pittsburgh, PA 15251-2125

**Date or dates debt was incurred**
12/15/2024

0036

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,326.96

---

3.38

FED EX - Postage
PO Box 371461
Pittsburgh, PA 15250-7461

**Date or dates debt was incurred**

0346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$11,560.37

---

3.39

FedEx
942 South Shady Grove Road
Memphis, TN 38120-4117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,887.33

---

3.40

Filtration Unlimited Inc
10 Main Street PO Box 226
Akron, NY 14001-0226

**Date or dates debt was incurred**

0354

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,392.00

3.41

Finger Lakes Disposal
PO Box 333
Canandaigua, NY 14424

**Date or dates debt was incurred**

0358

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$412.52

3.42

FormFactor, Inc.
7005 Southfront Road
Livermore, CA 94551

**Date or dates debt was incurred**

0369

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,396.00

3.43

Forms & Supply Inc.
6410 Orr Road
Charlotte, NC 28213-6332

**Date or dates debt was incurred**

0370

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$256.33

3.44

Foss Industries
PO Box 49668
Colorado Springs, CO 80949

**Date or dates debt was incurred**

0372

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,290.00

**3.45**

FTI Consulting Technology LLC
Attn: Jerry Bui, Jeremy Thomas, Jason S. Sharp
16701 Melford Boulevard
Suite 200
Bowie, MD 20715

**Date or dates debt was incurred**

1071

As of the petition filing date, the claim is:      $107,072.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.46**

Gazingcloud Limited UK
25 Gelli Frongoch
Cardiff CF23 8QD
United Kingdom

**Date or dates debt was incurred**

0384

As of the petition filing date, the claim is:      $2,213.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.47**

Grainger
Dept. 886728845
Palatine, IL 60038

**Date or dates debt was incurred**

0405

As of the petition filing date, the claim is:      $2,271.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.48**

Grinding and Dicing Services Inc.
925 Berryessa Road
San Jose, CA 95133

**Date or dates debt was incurred**

As of the petition filing date, the claim is:      $2,951,332.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.49**

HD Microsystems
250 Cheesquake Road
Parlin, NJ 08859-1241

**Date or dates debt was incurred**

0414

As of the petition filing date, the claim is:                    $622.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**

ICE Systems, Inc.
D/B/A Proxytrust 100 Patco Court - Suite 9
Islandia, NY 11749

**Date or dates debt was incurred**

0439

As of the petition filing date, the claim is:                    $22.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**

iMotion Systems, LLC
14175 W. Indian School Suite B4-406
Goodyear, AZ 85395

**Date or dates debt was incurred**

0447

As of the petition filing date, the claim is:                    $1,849.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52**

Integrated Service Technology
No. 19 Puding Road
Hsinchu City
Taiwan

**Date or dates debt was incurred**

0994

As of the petition filing date, the claim is:                    $1,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.53**

Kayaku Advanced Materials, Inc.
Department 310
PO Box 4106
Woburn, MA 01888

**Date or dates debt was incurred**

0504

As of the petition filing date, the claim is:                                        $5,626.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.54**

Kheng Wah (Christopher) Yee
Address on File
Suite 200

**Date or dates debt was incurred**

1111

As of the petition filing date, the claim is:                                        $6,828.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.55**

KoMiCo Technology, Inc.
201 Michael Angelo Way
Austin, TX 78728

**Date or dates debt was incurred**

1081

As of the petition filing date, the claim is:                                        $550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.56**

KPMG LLP
Attn: Michael Notton
3 Chestnut Ridge Road
Montvale, NJ 07645

**Date or dates debt was incurred**

0516

As of the petition filing date, the claim is:                                        $114,125.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.57

LawTrades Inc.
43-01 22nd Street Suite #524
Long Island City, NY 11101

**Date or dates debt was incurred**

0528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$918.50

---

3.58

LDS Vacuum
773 Big Tree Drive
Longwood, FL 32750

**Date or dates debt was incurred**

0532

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$188.00

---

3.59

Linde Gas & Equipment, Inc.
Dept 0812
PO Box 120812
Dallas, TX 75312

**Date or dates debt was incurred**

0537

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$13,524.63

---

3.60

LKN Mechanical, Inc.
14311 Hunters Road
Huntersville, NC 28078

**Date or dates debt was incurred**

0543

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,207.51

**3.61**

Lockton Companies
Southeast Series of Lockton Co
c/o Bank of America
PO Box 741732
Atlanta, GA 30374-1732

**Date or dates debt was incurred**

0545

**As of the petition filing date, the claim is:**    $24,151.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.62**

Matheson Gas
Dept 3028
PO BOX 123028
Dallas, TX 75312

**Date or dates debt was incurred**

0559

**As of the petition filing date, the claim is:**    $2,077.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.63**

McMaster Carr
PO Box 7690
Chicago, IL 60680

**Date or dates debt was incurred**

0564

**As of the petition filing date, the claim is:**    $134.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.64**

Mediant Communications Inc.
PO Box 29976
New York, NY 10087-9976

**Date or dates debt was incurred**

0568

**As of the petition filing date, the claim is:**    $64.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.65

Messer LLC
c/o CEO or General Counsel
88718 Expedite Way
Chicago, IL 60695

**Date or dates debt was incurred**

0572

**As of the petition filing date, the claim is:**                    $31,874.29
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.66

MKS Instruments
PO Box 3553
Boston, MA 02241

**Date or dates debt was incurred**

0590

**As of the petition filing date, the claim is:**                    $775.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.67

MRI Software LLC
29596 Network Place
Chicago, IL 60673-1295

**Date or dates debt was incurred**

0070

**As of the petition filing date, the claim is:**                    $336.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.68

New York Power Authority
Department 116048
PO Box 5211
Binghamton, NY 13902-5211

**Date or dates debt was incurred**

0614

**As of the petition filing date, the claim is:**                    $14,209.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.69

Orkin Pest Control
205 Summit Point DrSuite 3B
Henrietta, NY 14467

**Date or dates debt was incurred**

0651

**As of the petition filing date, the claim is:**                    $429.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.70

Outdoor Solutions
843 Pannell Road
Macedon, NY 14502

**Date or dates debt was incurred**

0655

**As of the petition filing date, the claim is:**                    $7,525.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.71

PC Connection Sales Corporation
c/o CEO or General Counsel
PO Box 536472
Pittsburgh, PA 15253

**Date or dates debt was incurred**

0664

**As of the petition filing date, the claim is:**                    $30,244.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.72

Pearl Meyer & Partners, LLC
Department # 41287PO Box 650823
Dallas, TX 75265

**Date or dates debt was incurred**

0665

**As of the petition filing date, the claim is:**                    $3,931.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.73**

Photronics Inc.
PO Box 911369
Dallas, TX 75391-1369

**Date or dates debt was incurred**

0675

As of the petition filing date, the claim is:     $10,518.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.74**

Piedmont Natural Gas
4720 Piedmont Row Dr
Charlotte, NC 28210

**Date or dates debt was incurred**

0676

As of the petition filing date, the claim is:     $77.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.75**

Post Modern Communications
PO Box 1429
Cornelius, NC 28031

**Date or dates debt was incurred**

0686

As of the petition filing date, the claim is:     $766.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.76**

Propel Software Solutions, Inc.
c/o CEO or General Counsel
835 Main Street
Redwood City, CA 94063

**Date or dates debt was incurred**

0702

As of the petition filing date, the claim is:     $66,173.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.77**

PTB Sales, Inc
1361 Mountain View Circle
Azusa, CA 91702

**Date or dates debt was incurred**

0707

As of the petition filing date, the claim is:                    $5,760.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.78**

PTC, Inc.
121 Seaport Boulevard
Boston, MA 02210

**Date or dates debt was incurred**

1165

As of the petition filing date, the claim is:                    $211.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.79**

Pureon, Inc.
c/o CEO or General Counsel
1412 Airport Road
Monroe, NC 28110

**Date or dates debt was incurred**

0709

As of the petition filing date, the claim is:                    $24,685.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.80**

Qorvo, Inc.
c/o CEO or General Counsel
7628 Thorndike Road
Greensboro, NC 27409-9421

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.81**

Quench USA, Inc.
630 Allendale Road, Suite 200
King Of Prussia, PA 19406

**Date or dates debt was incurred**

0579

As of the petition filing date, the claim is:        $170.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.82**

RFM Integrated Device Inc.
4100 Midway Rd
Carrollton, TX 75007

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,768,640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.83**

Rite Track
8655 Rite Track Way
West Chester, OH 45069

**Date or dates debt was incurred**

0736

As of the petition filing date, the claim is:        $145.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.84**

Rochester Gas and Electric (RG&E)
PO Box 847813
Boston, MA 02284-7813

**Date or dates debt was incurred**

0734

As of the petition filing date, the claim is:     $76,300.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.85

Rogue Valley Microdevices
943 Automation Way Ste F Grnwy Pk
Medford, OR 97504

**Date or dates debt was incurred**

0743

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,270.00

---

3.86

Rohde & Schwarz USA, Inc.
PO Box 5120
Carol Stream, IL 60197

**Date or dates debt was incurred**

0745

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,220.00

---

3.87

Ryan Hill
Address on File

**Date or dates debt was incurred**

1155

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,552.40

---

3.88

SCIA Systems GmbH
Clemens-Winkler-Str. 6c
Chemnitz 09116
Germany

**Date or dates debt was incurred**

0762

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,400.00

3.89

SEGRA
11215 N Community House Road
10th Floor
Charlotte, NC 28277

**Date or dates debt was incurred**

0765

As of the petition filing date, the claim is: $2,601.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.90

Semiconductor Equipment Corporation
5154 Goldman Ave
Moorpark, CA 93021

**Date or dates debt was incurred**

0769

As of the petition filing date, the claim is: $259.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.91

Semiconductor Support Services, Co.
4715 Steiner Ranch Blvd
Austin, TX 78732

**Date or dates debt was incurred**

0771

As of the petition filing date, the claim is: $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.92

Sharp Business Systems
Dept. AT 40322
Atlanta, GA 31192

**Date or dates debt was incurred**

0780

As of the petition filing date, the claim is: $870.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.93**

Silverback Asset Management LLC
1414 Raleigh Road, Suite 250
Chapel Hill, NC 27517

**Date or dates debt was incurred**
6/9/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
6.0% Convertible Senior Notes due 2027 - Guarantor

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,943,500.00

---

**3.94**

Solium Capital Inc.
Dept 3530
PO Box 123530
Dallas, TX 75312

**Date or dates debt was incurred**

0798

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,542.33

---

**3.95**

Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288

**Date or dates debt was incurred**

0815

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$156.48

---

**3.96**

Subtron Technology Co., LTD.
c/o CEO or General Counsel
No. 8, Kuang Fu North Road, HuHsin-Chu Industrial Park
Hsin-Chu 30351
Taiwan

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,951.70

3.97

SWK Technologies
120 Eagle Rock Ave.
East Hanover, NJ 07936

**Date or dates debt was incurred**

0836

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,456.67

---

3.98

Tai-Saw Technology Co., Ltd.
Attn: Alice Ou, Yu-Tung Huang
No. 3, Industrial 2nd Rd.
Ping-Chen Industrial District
Taoyuan 00324
Taiwan

**Date or dates debt was incurred**

0839

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$145,272.84

---

3.99

Tarian Group, LLC
60 Bryant Woods South
Amherst, NY 14228

**Date or dates debt was incurred**

0945

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,730.82

---

3.100

Technic, Inc.
1 Spectrade Street
Cranston, RI 02910

**Date or dates debt was incurred**

0842

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,763.80

**3.101**

Tong Hsing Electronics Industries, Ltd
c/o CEO or General Counsel
No. 88, Ln. 1125 Heping Rd
Taoyuan City 334004
Taiwan

**Date or dates debt was incurred**

0991

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$79,159.28

---

**3.102**

Trustee of the University of Pennsylvania
PO Box 785541
Philadelphia, PA 19178

**Date or dates debt was incurred**

0903

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$49,652.63

---

**3.103**

UBS O'Connor LLC
Attn: Andy Martin
One North Wacker Drive
32th Floor
Chicago, IL 60606

**Date or dates debt was incurred**
6/9/2022

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:**
6.0% Convertible Senior Notes due 2027 - Guarantor

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$20,943,500.00

---

**3.104**

Unimicron Technology Co., Ltd.
No. 8, Kuang Fu North Road, Hu Hsin-Chu Industrial Park
Hsin-Chu 30351
Taiwan

**Date or dates debt was incurred**

0048

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$17,952.14

**3.105**

Unisem (M) Bhd
No. 1 Persiran Pulai Jaya 9 Kawasan Perindustrian Pulai Jaya,31300
Ipoh
Perak
Malaysia

**Date or dates debt was incurred**

0917

As of the petition filing date, the claim is:                    $834.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.106**

Unisem Chengdu Co., Ltd.
c/o CEO or General Counsel
No. 8-2 Kexin Road West Park of Chengdu
Chengdu
China

**Date or dates debt was incurred**

0919

As of the petition filing date, the claim is:                    $589,610.38
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.107**

UPS
PO Box 650690
Dallas, TX 75265-0690

**Date or dates debt was incurred**

0927

As of the petition filing date, the claim is:                    $33.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.108**

UPS Supply Chain Solutions
28013 Network Place
Chicago, IL 60673

**Date or dates debt was incurred**

1030

As of the petition filing date, the claim is:                    $2,409.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.109**

Vacuum Engineering & Materials Co., Inc
390 Reed Street
Santa Clara, CA 95050-3108

**Date or dates debt was incurred**

0935

**As of the petition filing date, the claim is:**                              $13,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.110**

Valutek
Dept 2081
PO Box 29661
Phoenix, AZ 85038

**Date or dates debt was incurred**

0938

**As of the petition filing date, the claim is:**                              $1,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.111**

Waste Management of New York, LLC
26 Patriot Place
Suite 300
Foxboro, MA 02035

**Date or dates debt was incurred**

1102

**As of the petition filing date, the claim is:**                              $561.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.112**

WB Mason
45 Vantage Point Drive
Rochester, NY 14624

**Date or dates debt was incurred**

0964

**As of the petition filing date, the claim is:**                              $30.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.113**

WellNOW Urgent Care
PO Box 10459
Albany, NY 12201-5459

**Date or dates debt was incurred**

0967

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.00

---

**3.114**

West Publishing Corporation (Thomson Reuters)
Payment Center
PO Box 6292
Carol Stream, IL 60197

**Date or dates debt was incurred**

0970

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,231.62

---

**3.115**

XPO Logistics Freight Inc.
300 International Boulevard
Rochester, NY 14624

**Date or dates debt was incurred**

0981

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$737.12

---

**3.116**

Zoro, Inc.
PO Box 5233
Janesville, WI 53547

**Date or dates debt was incurred**

0987

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Accounts Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$753.78

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**<br><br>Bank of New York Mellon Trust Company, N.A. (Indenture Trustee)<br>Attn: Corporate Trust Administration<br>4655 Salisbury Road, Suite 300<br>Jacksonville, FL 32256 | Line<br>3.91 & 3.100<br><br>☐ Not listed. Explain | |
| **4.2**<br><br>Qorvo, Inc.<br>c/o Alston & Bird LLP<br>Attn: Lieb M. Lerner; Douglas J. Harris<br>350 South Grand Avenue, 51st Floor<br>Los Angeles, CA 90071 | Line<br>3.79<br><br>☐ Not listed. Explain | |
| **4.3**<br><br>Qorvo, Inc.<br>c/o Pashman Stein Walder Hayden PC<br>Attn: John W. Weiss, David Stratton<br>824 North Market Street, Suite 800<br>Wilmington, DE 19801 | Line<br>3.79<br><br>☐ Not listed. Explain | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $5,283.00 |
| 5b. **Total claims from Part 2** | 5b. | $49,375,081.67 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $49,380,364.67 |

**Fill in this information to identify the case:**

Debtor name: Akoustis, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-12797

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:**    **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Distribution Agreement **State the term remaining** **List the contract number of any government contract** | Acal BFi Central Procurement UK Ltd Attn: Hans-Christophe Bachem 3 The Business Centre Molly Millars Lane Wokingham, Berkshire RG41 2EY United Kingdom |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** Maintenance Connection **State the term remaining** **List the contract number of any government contract** | Accruent LLC 11500 Alterra Parkway #110 Austin, TX 78758 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** Rep Agreement **State the term remaining** **List the contract number of any government contract** | Acetec Attn: Mark Hoffmann 6046 Cornerstone Ct. West Suite 106 San Diego, CA 92121 |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturer's Representative Agreement | ACETEC, Inc<br>Attn: Mark Hoffman<br>6540 Lusk Blvd<br>C146<br>San Diego, CA 92121 |
| | **State the term remaining** | Effective Date: 10/01/2020 Termination Date: 1 year (automatically renewed on a month-to-month basis) | |
| | **List the contract number of any government contract** | | |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Sheet Edit Software | Adobe<br>345 Park Avenue<br>San Jose, CA 95110 |
| | **State the term remaining** | Effective Date: 07/02/2024 Termination Date: 07/02/2025 | |
| | **List the contract number of any government contract** | | |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | HR Servicees including payroll, benefits, wc (Marsh) etc. They have the agreements with benefit providers: Aetna (medical, dental), VSP (Vision), Metlife (Life, disability), 401(k) through Voya | ADP TotalSource<br>Attn: Mia Stewart<br>5800 Windward Parkway<br>Alpharetta, GA 30005 |
| | **State the term remaining** | Effective Date: 02/01/2020 Termination Date: None, provide notice | |
| | **List the contract number of any government contract** | | |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | Rep Agreement | Advanced Technology Marketing, Inc.<br>Attn: Mike Fahey<br>2 Courthouse Lane, Unit 16<br>Chelmsford, MA 1824 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | Rep Agreement | AEM<br>Attn: Mike Longano<br>9465 Counselors Row<br>Suite 200<br>Indianapolis, IN 46240 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Rep Agreement | Allegiance<br>Attn: Kevin Henley<br>1333 W McDermott Dr # 200<br>Allen, TX 75013 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Security | Amherst Security Professionals Inc. 60 Bryant Woods South Amherst, NY 14228 |
| | State the term remaining | Effective Date: 05/01/2021 Termination Date: Indefinite | |
| | List the contract number of any government contract | | |

*Attributed to Akoustis, Inc.

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Distribution Agreement | Amostech Inc. Attn: CS Lim RM210, E-Town2 BLDG, #81, Taejang-Ro Yeongtong—Gu Suwon-City, Gyeonggi-Do 16688 Republic of Korea |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Rep Agreement | Amplitude Technical Sales Attn: Joe D'Agostino 252 West Swamp Road Suite 7 Doylestown, PA 18901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Non-Exclusive Distribution Agreement | AmTechs Corporation Attn: Kunio (Ken) Satoh 5-20-16 Kyodo Setagaya-ku Tokyo Japan |
| | State the term remaining | Effective Date: 09/16/2020 | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | License Form (HFSS, PPC) | ANSYS Inc 2600 ANSYS Drive Canonsburg, PA 15317 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | D365 Software licenses | Armanino Solutions LLC 2700 Camino Ramon Suite 350 San Ramon, CA 94583 |
| | State the term remaining | Termination Date: Month to Month | |
| | List the contract number of any government contract | | |

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | Aura Semiconductor Limited Attn: Abhay Misra RM D 10/F Tower A Billion CTR 1 Wang Kwong Rd Kowloon Bay KL Hong Kong China |
| | State the term remaining | Effective Date: 07/15/2022 | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | AutoDesk Fusion 360 AutoCAD | Autodesk, Inc. The Landmark @ One Market Suite 400 San Francisco, CA 94105 |
| | State the term remaining | Effective Date: 07/20/2024 Termination Date: 07/20/2025 | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Blackblaze B2 | Backblaze 201 Baldwin Ave San Mateo, CA 94401 |
| | State the term remaining | Termination Date: monthly | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Bomgar | BeyondTrust 11695 Johns Creeek Parkway Suite 200 Johns Creek, GA 30097 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Liebert CRV Maintenance Agreement | Blackmon Service, Inc Attn: Jeff Fugate 1601 Cross Beam Drive Charlotte, NC 28217 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Lease Agreement | Boywic Farms, Ltd. Attn: Britt Weaver 2242 Crescent Ave Charlotte, NC 28207 |
| | State the term remaining | Effective Date: 10/30/2017 | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Boywic Farms, Ltd. Attn: Britt Weaver 2242 Crescent Ave Charlotte, NC 28207 |
| | State the term remaining | Effective Date: 07/14/2017 Termination Date: Last day of the 60th Full calendar month | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Lease Agreement | Boywic Farms, Ltd. Attn: Britt Weaver 2242 Crescent Ave Charlotte, NC 28207 |
| | State the term remaining | Effective Date: 07/14/2017 Termination Date: 02/28/2023 | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Third Amendment to Lease Agreement | Boywic Farms, Ltd. Attn: Britt Weaver 2242 Crescent Ave Charlotte, NC 28207 |
| | State the term remaining | Effective Date: 07/29/2022 Termination Date: 02/28/2026 | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Independent Contractor Agreement | Bradley Wilson Address on File |
| | State the term remaining | Effective Date: 11/01/2023 | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Cadence (AWR software) | Cadence Design Systems Inc 2655 Seely Avenue San Jose, CA 95134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Cadence (EM Solve software) | Cadence Design Systems Inc 2656 Seely Avenue San Jose, CA 95135 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Tooltrack MES (iTrack) | Chain Reaction Systems<br>2950 Buskirk Ave<br>Ste 300<br>Walnut Creek, CA 94597 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Avigilon Alta (Openpath) Security System | Chimera Integrations<br>1717 McKinney Ave.<br>Suite 1590<br>Dallas, TX 75210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | LADDER Design Engeering | Chris Yee<br>Address on File |
| | **State the term remaining** | Effective Date: 11/01/2024 Termination Date: 05/01/2025 | |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Garment Cleaning | Cintas<br>PO Box 630910<br>Cincinnati, OH 45263-0803 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

*Attributed to Akoustis, Inc.

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Cisco Umbrella | Cisco<br>170 West Tasman Drive<br>San Jose, CA 95134 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Cloudwell:Products:Calendar Overlay - 125 Users - Annual Subscription, Support Included | Cloudwell<br>4075 Wilson Blvd<br>Ste 800<br>Arlington, VA 22203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

**2.34** | **State what the contract or lease is for and the nature of the debtor's interest** | Comsol | COMSOL, Inc.
100 District Avenue
Burlington, MA 1803

**State the term remaining**

**List the contract number of any government contract**

**2.35** | **State what the contract or lease is for and the nature of the debtor's interest** | Settlement Agreement #1 | Cornell University
c/o Center for Technology Licensing at Cornell University
Attn: Executive Director
395 Pine Tree Rd
Ste 310
Ithaca, NY 14850

**State the term remaining** | Effective Date: 12/03/2024

**List the contract number of any government contract**

**2.36** | **State what the contract or lease is for and the nature of the debtor's interest** | CrowdStrike | Crowdstrike Inc.
150 Mathilda Place
Suite 300
Sunnyvale, CA 94086

**State the term remaining**

**List the contract number of any government contract**

**2.37** | **State what the contract or lease is for and the nature of the debtor's interest** | Broker for The Standard Insurance (Voluntary Disability Insurance (STD,LTD), offered outside of ADPTS) | Cypress Benefit Solutions
Attn: Justin Romero
8936 Northpointe Execute Park Dr.
Suite 240
Huntersville, NC 28078

**State the term remaining** | Effective Date: 06/01/2020 Termination Date: None, annual enrollment

**List the contract number of any government contract**

**2.38** | **State what the contract or lease is for and the nature of the debtor's interest** | Prototype Agreement | DARPA
Attn: Michael Blackstone
675 North Randolph Street
Arlington, VA 22203

**State the term remaining**

**List the contract number of any government contract**

**2.39** | **State what the contract or lease is for and the nature of the debtor's interest** | Phase 2 [8, 12, 18GHz filters] | DARPA COFFEE TA 1
675 NORTH RANDOLPH STREET
Arlington, VA 22203-2114

**State the term remaining** | Termination Date: 06/29/2025

**List the contract number of any government contract**

2.40 **State what the contract or lease is for and the nature of the debtor's interest**

Other Transaction For Prototype Agreement

Defense Advanced Research Projects Agency
Attn: Mark Q. Jones
675 North Randolph St
Arlington, VA 22203-2214

**State the term remaining**

Effective Date: 04/21/2022 Termination Date: 24 months

**List the contract number of any government contract**

---

2.41 **State what the contract or lease is for and the nature of the debtor's interest**

Modification To Other Transaction For Prototype Agreement

Defense Advanced Research Projects Agency
Attn: Michael Blackstone
675 North Randolph St
Arlington, VA 22203-2214

**State the term remaining**

Effective Date: 11/30/2020 Termination Date: 24 months

**List the contract number of any government contract**

---

2.42 **State what the contract or lease is for and the nature of the debtor's interest**

Modification To Other Transaction For Prototype Agreement

Defense Advanced Research Projects Agency
Attn: Michael Blackstone
675 North Randolph St
Arlington, VA 22203-2214

**State the term remaining**

Effective Date: 04/28/2021 Termination Date: 24 months

**List the contract number of any government contract**

---

2.43 **State what the contract or lease is for and the nature of the debtor's interest**

Modification To Other Transaction For Prototype Agreement

Defense Advanced Research Projects Agency
Attn: Michael Blackstone
675 North Randolph St
Arlington, VA 22203-2214

**State the term remaining**

Effective Date: 09/20/2021 Termination Date: 24 months

**List the contract number of any government contract**

---

2.44 **State what the contract or lease is for and the nature of the debtor's interest**

Modification To Other Transaction For Prototype Agreement

Defense Advanced Research Projects Agency
Attn: Michael Blackstone
675 North Randolph St
Arlington, VA 22203-2214

**State the term remaining**

Effective Date: 02/01/2022 Termination Date: 24 months

**List the contract number of any government contract**

---

2.45 **State what the contract or lease is for and the nature of the debtor's interest**

Modification To Other Transaction For Prototype Agreement

Defense Advanced Research Projects Agency
Attn: Michael Blackstone
675 North Randolph St
Arlington, VA 22203-2214

**State the term remaining**

Effective Date: 10/01/2020 Termination Date: 24 months

**List the contract number of any government contract**

| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | Other Transaction For Prototype Agreement | Defense Advanced Research Projects Agency<br>Attn: Michael Blackstone<br>675 North Randolph St<br>Arlington, VA 22203-2214 |
| | **State the term remaining** | Effective Date: 10/02/2020 Termination Date: 24 months | |
| | **List the contract number of any government contract** | | |

| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | Modification To Other Transaction For Prototype Agreement | Defense Advanced Research Projects Agency<br>Attn: Wang Lon<br>675 North Randolph St<br>Arlington, VA 22203-2214 |
| | **State the term remaining** | Effective Date: 08/17/2022 Termination Date: 24 months | |
| | **List the contract number of any government contract** | | |

| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | Modification To Other Transaction For Prototype Agreement | Defense Advanced Research Projects Agency<br>Attn: Wang Lon<br>675 North Randolph St<br>Arlington, VA 22203-2214 |
| | **State the term remaining** | Effective Date: 06/24/2022 Termination Date: 24 months | |
| | **List the contract number of any government contract** | | |

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | COFFEE-TA1-Phase2 Agreement | Defense Advanced Research Projects Agency (DARPA)<br>Attn: Mark Jones<br>675 North Randolph Street<br>Arlington, VA 22203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | Digital Ocean | DigitalOcean LLC<br>101 Avenue of the Americas<br>New York, NY 10013 |
| | **State the term remaining** | Termination Date: monthly | |
| | **List the contract number of any government contract** | | |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement | Edom<br>Attn: Wilson Yen<br>8F, No.50, Ln.10, Jihu Rd<br>Neihu Dist<br>Taipei City 114066<br>Taiwan (ROC) |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Orders | ELTA North America 8955 Henkels Lane Suite 508 Annapolis Junction, MD 20701 |
|---|---|---|---|
| | State the term remaining | Effective Date: Various | |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Orders | Elta Systems LTD Attn: Asulin Eli & Boaron Hila PO Box 330 Ashdod 77102 Israel |
|---|---|---|---|
| | State the term remaining | Effective Date: Various | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Empire Access Backup Internet | Empire Access 34 Main St Prattsburg, NY 14873 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Professional Services Agreement - Prototype Development | Facebook Technologies, LLC Attn: Bruno Cendon Martin 1601 Willow Road Menlo Park, CA 94025 |
|---|---|---|---|
| | State the term remaining | Effective Date: 03/15/2022 Termination Date: 1 year (automatically renewed for additional 1 year periods) | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Firstlight Phone Service/ Leased Space | Firstlight 359 Corporate Drive Portsmouth, HN 3801 |
|---|---|---|---|
| | State the term remaining | Termination Date: 90 Day Notice for lease | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Yodeck | Flipnode LLC 315 Montgomery St. 9th Floor San Francisco, CA 94104 |
|---|---|---|---|
| | State the term remaining | Effective Date: 06/20/2024 Termination Date: 06/20/2025 | |
| | List the contract number of any government contract | | |

**2.58** **State what the contract or lease is for and the nature of the debtor's interest**  Distribution Agreement

**State the term remaining**

**List the contract number of any government contract**

Fujitron
Attn: Makoto Higo
Uchikoshi-cho
Hachioji City
Tokyo 2012-8
Japan

**2.59** **State what the contract or lease is for and the nature of the debtor's interest**  Rep Agreement

**State the term remaining**

**List the contract number of any government contract**

G2 Sales
Attn: Mark Bowers
5555 Bannergate Drive
Johns Creek
GA 30022

**2.60** **State what the contract or lease is for and the nature of the debtor's interest**  Distribution Agreement

**State the term remaining**

**List the contract number of any government contract**

Gateway
Attn: Bo Shen
RM2301 BLOCK B KONG NAM INDUSTRIAL BUILDING
603-609 CASTLE PEAK ROAD
Tsuen Wan
Hong Kong

**2.61** **State what the contract or lease is for and the nature of the debtor's interest**  D365 Consultant

**State the term remaining**  Termination Date: Termination on request by both parties

**List the contract number of any government contract**

GazingCloud Limited UK (David Saunders)
25 Gelli Frongoch
Cardif CF23 8QD
United Kingdom

**2.62** **State what the contract or lease is for and the nature of the debtor's interest**  Github

**State the term remaining**

**List the contract number of any government contract**

GitHub
88 Colin P. Kelly Jr. Street
San Francisco, CA 94107

**2.63** **State what the contract or lease is for and the nature of the debtor's interest**  Immigration services

**State the term remaining**  Effective Date: 1/21/21 (date of most recent agreement, but have been working with Akoustis well before this date) Termination Date: New fee schedule provided annually on December 1; We elect to use them on a case by case basis

**List the contract number of any government contract**

Global Immigration Partners
Attn: Jim Gotcher
30300 Agoura Road
Agoura Hills, CA 91301

| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | International employer of record: Singapore, UK | Globalization Partners<br>Attn: Marystella Gomez<br>175 Federal Street<br>17th Floor<br>Boston, MA 2110 |
| | State the term remaining | Effective Date: 02/28/2022 Termination Date: Duration of employment | |
| | List the contract number of any government contract | | |

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Godaddy DNS and SSL Certificate akoustis.com | Godaddy<br>100 South Mill Ave<br>Suite 1600<br>Tempe, AZ 85281 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Taiwan finance and payroll services, other ad hoc support | Grant Thornton<br>Attn: Jay Lo<br>5th Floor, No. 21<br>Zhongxiao East Road, Section 6<br>Taipei<br>Taiwan (ROC) |
| | State the term remaining | Effective Date: 04/12/2022 Termination Date: None, provide 1 month notice | |
| | List the contract number of any government contract | | |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | Contract for SPIRION software | Guidepoint Security LLC<br>2201 Cooperative Way<br>Suite 225<br>Herndon, VA 20171 |
| | State the term remaining | Termination Date: 08/01/2025 | |
| | List the contract number of any government contract | | |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Rep Agreement | Hana<br>Attn: Nikki Hyein Kim<br>#B-2416, 170 Seohyeon-ro<br>Bundang-gu, Seongnam-si<br>Gyeonggi-do, 13590<br>Republic of Korea |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Hardware Product Purchase Agreement | Hewlett Packard Enterprise Company<br>Attn: Mohammad Darbandi<br>6280 America Center Drive<br>San Jose, CA 95002 |
| | State the term remaining | Effective Date: 06/01/2020 Termination Date: 3 year initial term, automatic renewals for successive 1 year periods | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

HPE
Zachi Friedman
3333 Scott Blvd
Santa Clara, CA 95054

| | | |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

IMCA
Attn: Cemal Alpay
Regnum Sky Tower Muhsin Yazicioglu Caddesi
No57/115
Cankaya/Ankara 6530
Turkey

| | | |
|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Intel H6 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Intel
4100 Monument Corner dr
Fairfax, VA 22030

| | | |
|---|---|---|
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | First Amendment to Terms and Conditions of Purchase Order |
| | **State the term remaining** | Effective Date: 10/20/2021 |
| | **List the contract number of any government contract** | |

Intel Corporation
Attn: Shah, Hemal
2200 Mission College Blvd.
Santa Clara, CA 95054-1549

| | | |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | 5GH 6GHz Diplexer Statement of Work (SOW) |
| | **State the term remaining** | Effective Date: 05/20/2021 |
| | **List the contract number of any government contract** | |

Intel Corporation
2200 Mission College Blvd
Santa Clara, CA 95054

| | | |
|---|---|---|
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Material Sciencist |
| | **State the term remaining** | Effective Date: 07/07/2023 Termination Date: 07/05/2027 |
| | **List the contract number of any government contract** | |

Ivoyl Koutsaroff
Address on File

| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Consultant - SharePoint | Jennifer Eckard<br>Address on File |
| | **State the term remaining** | Termination Date: Termination on request by both parties | |
| | **List the contract number of any government contract** | | |

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | JetBrains | JetBrains Americas, Inc.<br>10 Lake Center Dr #203<br>Marlton, NJ 8053 |
| | **State the term remaining** | Effective Date: 11/14/2024 Termination Date: 11/14/2025 | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | Software licese for JMP software | JMP Statistical Discovery LLC<br>920 SAS Campus Drive<br>Cary, NC 27513 |
| | **State the term remaining** | Termination Date: 08/14/2025 | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement | JS Commtech<br>Attn: JS Lee<br>Seohyeon-ro, Bundang-gu, Seongnam-si, Gyeonggi-do,<br>Hyoryeong-ro 55 gil,<br>Seocho-gu, Seoul 6654<br>Republic of Korea |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | Spanning Backup For Microsoft Office 365 Archived unlimited /Vulscan | Kaseya US LLC<br>701 Brickell Avenue<br>Suite 400<br>Miami, FL 33131 |
| | **State the term remaining** | Termination Date: 06/03/2025 | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | LADDER Engineering | Kyle Cooduvalli<br>Address on File |
| | **State the term remaining** | Effective Date: 10/25/2024 Termination Date: 04/25/2025 | |
| | **List the contract number of any government contract** | | |

**2.82** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order | Lockheed Martin Corporation
Attn: Usha Patel
199 Borton Landing Rd
65T1
RMS - Moorestown
Moorestown, NJ 08057-0910

**State the term remaining** Effective Date: 11/15/2022

**List the contract number of any government contract**

**2.83** | **State what the contract or lease is for and the nature of the debtor's interest** | Build LADDER tool, run 3 lots [S, C, X] | MassTech (LADDER)
75 North Drive
Westborough, MA 1581

**State the term remaining** Termination Date: 12/01/2025

**List the contract number of any government contract**

**2.84** | **State what the contract or lease is for and the nature of the debtor's interest** | LADDER Agreement | ME Commons
Attn: Carolyn Kirk
75 North Drive
Westborough, MA 1581

**State the term remaining**

**List the contract number of any government contract**

**2.85** | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement Statement of Work (Exhibit A) | Meta Platforms Technologies
Attn: Yuen Hui Chee
1601 Willow Rd
Menlo Park, CA 94025

**State the term remaining** Effective Date: 06/20/2022

**List the contract number of any government contract**

**2.86** | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement | Milexia Italy
Attn: Mitia Cugusi
Via Sardegna 1
Milano 20146
Italy

**State the term remaining**

**List the contract number of any government contract**

**2.87** | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Orders | Mixed-Signal Devices Inc.
Attn: Avi Madisetti
18 Technology
Suite 163
Irvine, CA 92618

**State the term remaining** Effective Date: Various

**List the contract number of any government contract**

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | Mosyle MDM | Mosyle Corporation<br>PO Box 2317<br>Winter Park, FL 32790 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | SOW | Murata<br>10-1 Higashikotari<br>i-chome<br>Nagaokakyo<br>Kyoto 617-85555<br>Japan |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | N41 2.6GHz Baw Filter Statement of Work (SOW) | Murata Manufacturing Co., Ltd<br>Attn: Takaki Murata<br>10-1 Higashikotari 1-Chome<br>Nagaokakyo<br>Kyoto 617-8555<br>Japan |
| | State the term remaining | Effective Date: 02/17/2022 | |
| | List the contract number of any government contract | | |

| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | First Amended and Restated N41 2.6GHz BAW Filter Statement of Work (SOW) | Murata Manufacturing Co., Ltd<br>Attn: Takaki Murata; Jiro Shibata<br>10-1 Higashikotari 1-Chome<br>Nagaokakyo-shi<br>Kyoto-fu 617-8555<br>Japan |
| | State the term remaining | Effective Date: 04/15/2022 | |
| | List the contract number of any government contract | | |

| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | N-able RMM | N-Able Technologies<br>50 North Lindsay Street<br>2nd Floor<br>Dundee<br>United Kingdom |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | LADDER Engineering | Nathan Conrad<br>Address on File |
| | State the term remaining | Effective Date: 11/13/2024 Termination Date: 03/31/2025 | |
| | List the contract number of any government contract | | |

| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | Contractor - LADDER project | Nelson Conrad |
|------|------|------|------|
|  |  |  | Address on File |
|  | State the term remaining | Termination Date: 03/31/2025 |  |
|  | List the contract number of any government contract |  |  |

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | Nineteen77 Global Multi-Strategy Alpha Master Limited |
|------|------|------|------|
|  |  |  | c/o UBS O'Connor LLC |
|  |  |  | One North Wacker Drive, 31st Floor |
|  | State the term remaining | Effective Date: 06/07/2022 | Chicago, IL 60606 |
|  | List the contract number of any government contract |  |  |

| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Registration Rights Agreement | Nineteen77 Global Multi-Strategy Alpha Master Limited |
|------|------|------|------|
|  |  |  | c/o UBS O'Connor LLC |
|  |  |  | Attn: Connor Burke and James Del Medico |
|  | State the term remaining | Effective Date: 06/09/2022 |  |
|  | List the contract number of any government contract |  |  |

| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Memorandum of Company Lease Agreement | Nixon Peabody LLP |
|------|------|------|------|
|  |  |  | Attn: Barry Carrigan |
|  |  |  | 1300 Clinton Square |
|  | State the term remaining | Effective Date: 02/27/2018 Termination Date: 12/31/2028 | Rochester, NY 14604 |
|  | List the contract number of any government contract |  |  |

| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | COFFEE-TA2-AROMA Agreement | Nokia |
|------|------|------|------|
|  |  |  | Attn: Chris Smith |
|  |  |  | 3201 Olympus Blvd |
|  | State the term remaining |  | Dallas, Texas 75019 |
|  | List the contract number of any government contract |  |  |

| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Non-US Government Contract Funding (NCTA, Research and Development, Indirect) | Northrop Grumman Systems Corporation |
|------|------|------|------|
|  |  |  | Attn: Joseph Barr |
|  |  |  | 8710 Freeport Parkway, Suite 200 |
|  | State the term remaining | Effective Date: 05/12/2017 | Irving, TX 75063-2577 |
|  | List the contract number of any government contract |  |  |

**2.100**  **State what the contract or lease is for and the nature of the debtor's interest**
Non-US Government Contract Funding (NCTA, Research and Development, Indirect)

Northrop Grumman Systems Corporation
Attn: Joseph Barr
8710 Freeport Parkway, Suite 200
Irving, TX 75063-2577

**State the term remaining**

**List the contract number of any government contract**

---

**2.101**  **State what the contract or lease is for and the nature of the debtor's interest**
Non-US Government Contract Funding (NCTA, Research and Development, Indirect)

Northrop Grumman Systems Corporation
Attn: Joseph Barr
8710 Freeport Parkway, Suite 200
Irving, TX 75063-2577

**State the term remaining**
Effective Date: 05/12/2017

**List the contract number of any government contract**

---

**2.102**  **State what the contract or lease is for and the nature of the debtor's interest**
Numerical Cloud

Numerical Innovations
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, NV 89052

**State the term remaining**

**List the contract number of any government contract**

---

**2.103**  **State what the contract or lease is for and the nature of the debtor's interest**
Rep Agreement

O'Donnell Associates Southwest
Attn: David Levy
11225 N 28th Drive
Suite D114
Phoenix, AZ 85029

**State the term remaining**

**List the contract number of any government contract**

---

**2.104**  **State what the contract or lease is for and the nature of the debtor's interest**
Manufacturer's Representative Agreement

Oak Technical Sales
Attn: John Snow
1041 Grand Ave
Suite 179
Saint Paul, MN 55105

**State the term remaining**
Effective Date: 08/22/2024

**List the contract number of any government contract**

---

**2.105**  **State what the contract or lease is for and the nature of the debtor's interest**
Company Lease Agreement

Ontario County Industrial Development Agency
Attn: Michael Manikowski
20 Ontario St
Canandaigua, NY 14424

**State the term remaining**
Effective Date: 02/01/2018

**List the contract number of any government contract**

**2.106** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease & Project Agreement | Ontario County Industrial Development Agency
Attn: Michael Manikowski
20 Ontario St
Canandaigua, NY 14424

**State the term remaining** | Effective Date: 02/01/2018

**List the contract number of any government contract**

**2.107** | **State what the contract or lease is for and the nature of the debtor's interest** | Elevator inspection | OTIS Elevator Company
1 Carrier Place
Farmington, CT 6032

**State the term remaining** | Effective Date: 09/01/2018 Termination Date: Month-To-Month

**List the contract number of any government contract**

**2.108** | **State what the contract or lease is for and the nature of the debtor's interest** | Snowplowing | Outdoor Solutions
843 Pannell Road
Macedon, NY 14502

**State the term remaining** | Effective Date: 11/01/2024 Termination Date: 05/01/2025

**List the contract number of any government contract**

*Attributed to Akoustis, Inc.

**2.109** | **State what the contract or lease is for and the nature of the debtor's interest** | Affirmative Action Services for OFCCP Compliance | Outsolve
Attn: Taylor Lemoine
3330 W. Esplanade Avenue
Suite 301
Metairie, LA 70002

**State the term remaining** | Effective Date: 11/20/2020 Termination Date: Terminated agreement last week

**List the contract number of any government contract**

**2.110** | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution Agreement | Pantek Technology Corp.
Attn: Kira Huang
7F, No605 Ruei-Guang Rd
Neihu Dist
Taipei City 11492
Taiwan (ROC)

**State the term remaining**

**List the contract number of any government contract**

**2.111** | **State what the contract or lease is for and the nature of the debtor's interest** | Parallels Desktop for Mac Business Subscription 1Yr* | Parallels International GmbH
110 110th Ave NE, #410
Bellevue, WA 98004

**State the term remaining**

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | 52653694 VMware vSphere Essentials Plus 8 | PC Connection<br>730 Milford Road<br>Merrimack, NH 3054 |
| | **State the term remaining** | Effective Date: 07/22/2024 Termination Date: 07/21/2025 | |
| | **List the contract number of any government contract** | | |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Corporate Veeam Essentials Enterprise License + 24 / 7 Support 1 Year | PC Connection<br>730 Milford Road<br>Merrimack, NH 3054 |
| | **State the term remaining** | Effective Date: 05/29/2024 Termination Date: 05/28/2025 | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Mimecast Services | PC Connection<br>730 Milford Road<br>Merrimack, NH 3054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | MSDN | PC Connection<br>730 Milford Road<br>Merrimack, NH 3054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | NITRO Studio for Microsoft Crow Canyon Systems | PC Connection<br>730 Milford Road<br>Merrimack, NH 3054 |
| | **State the term remaining** | Effective Date: 11/16/2024 Termination Date: 11/15/2025 | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Renewal Microsoft MOV SA V3121919 year 1 of 3 expires 10/31 | PC Connection<br>730 Milford Road<br>Merrimack, NH 3054 |
| | **State the term remaining** | Effective Date: 10/05/2021 Termination Date: 10/31/2027 | |
| | **List the contract number of any government contract** | | |

**2.118** **State what the contract or lease is for and the nature of the debtor's interest**

Sharegate

PC Connection
730 Milford Road
Merrimack, NH 3054

**State the term remaining**

Effective Date: 10/28/2024 Termination Date: 10/27/2025

**List the contract number of any government contract**

**2.119** **State what the contract or lease is for and the nature of the debtor's interest**

VoIP System and Security system

Post Modern Solutions
9820 Northcross Center Ct.
Huntersville, NC 28078

**State the term remaining**

Termination Date: Month to Month

**List the contract number of any government contract**

**2.120** **State what the contract or lease is for and the nature of the debtor's interest**

IT Hardware Maintenance contract

Pre Rack IT, LLC
1984 Howell Mill NW
Suite 20355
Atlanta, GA 30325

**State the term remaining**

Effective Date: 07/31/2024 Termination Date: 07/30/2025

**List the contract number of any government contract**

**2.121** **State what the contract or lease is for and the nature of the debtor's interest**

Distribution Agreement

Prohubs
Attn: Vincent Lin
13590, Republic of Korea
Xintai 5th Rd., Xizhi Dist
New Taipei City 221
Taiwan (ROC)

**State the term remaining**

**List the contract number of any government contract**

**2.122** **State what the contract or lease is for and the nature of the debtor's interest**

Non-Exclusive Distribution Agreement

Prohubs International Corp.
Attn: Vincent Lin
9F, No 77, Sec.1
Xintai 5th Rd., Xizhi Dist.
New Taipei City
Taiwan

**State the term remaining**

Effective Date: 01/29/2022

**List the contract number of any government contract**

**2.123** **State what the contract or lease is for and the nature of the debtor's interest**

COMSOL simulations

Q-Arts Consulting
7A-5 Pop Bogomyl Str.
3000 Vratsa
Bulgaria

**State the term remaining**

Effective Date: 11/07/2024 Termination Date: 04/15/2025

**List the contract number of any government contract**

2.124 **State what the contract or lease is for and the nature of the debtor's interest**

Change to Purchase Order 4503636863/605

RF360 Europe GmbH
A Qualcomm - TDK Joint Venture
Anzinger Strabe 13
Muenchen 81671
Germany

**State the term remaining**

Effective Date: 03/28/2019

**List the contract number of any government contract**

2.125 **State what the contract or lease is for and the nature of the debtor's interest**

Change to Purchase Order 4503648723/605

RF360 Europe GmbH
A Qualcomm - TDK Joint Venture
Anzinger Strabe 13
Muenchen 81671
Germany

**State the term remaining**

Effective Date: 09/25/2019

**List the contract number of any government contract**

2.126 **State what the contract or lease is for and the nature of the debtor's interest**

Sandia LDRD Year 3 – 15GHz

RFMW (Sandia)
188 Martinvale Lane
San Jose, CA 95119

**State the term remaining**

**List the contract number of any government contract**

2.127 **State what the contract or lease is for and the nature of the debtor's interest**

Foundry Agreement

Richwave
Attn: Shyh Chyl Wong
3F No1 Alley 20
Lane 407 Sec2 Tiding Blvd, Neihu District
Taipei City 114
Taiwan (ROC)

**State the term remaining**

**List the contract number of any government contract**

2.128 **State what the contract or lease is for and the nature of the debtor's interest**

Foundry Agreement

Richwave Technology Corporation
Attn: Stephen Hsieh
3rd Floor, No. 1, Alley 20
Lane 407, Section 2, Tiding Blvd
Taipei 114
Taiwan

**State the term remaining**

Effective Date: 06/17/2021 Termination Date: 3 year initial term, automatic renewals for successive 1 year periods

**List the contract number of any government contract**

2.129 **State what the contract or lease is for and the nature of the debtor's interest**

Electricity

Rochester Gas and Electric
180 South Clinton Avenue
Rochester, NY 14604

**State the term remaining**

Effective Date: 04/23/2024 Termination Date: 04/23/2025

**List the contract number of any government contract**

2.130 **State what the contract or lease is for and the nature of the debtor's interest**

Contractor - LADDER project

Ryan Hill
Address on File

**State the term remaining**

Termination Date: 03/31/2025

**List the contract number of any government contract**

2.131 **State what the contract or lease is for and the nature of the debtor's interest**

LADDER Software Engineering

Ryan Hill
Address on File

**State the term remaining**

Effective Date: 10/01/2024 Termination Date: 03/31/2025

**List the contract number of any government contract**

2.132 **State what the contract or lease is for and the nature of the debtor's interest**

IPR Infringement indemnity

Sagemcom
250 Route de l'Empereur
Rueil-Malmaison 92500
France

**State the term remaining**

**List the contract number of any government contract**

2.133 **State what the contract or lease is for and the nature of the debtor's interest**

Samsung N104 Filter

Samsung
Attn: David Dongjin Jung
34 Seongchon-gil
Seocho-gu, Seoul
Korea

**State the term remaining**

**List the contract number of any government contract**

2.134 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Orders

Samsung Electro-Mechanics Co., Ltd
150, Maeyeong-ro, Yeongtong-gu
Gyeonggi-do
Suwon-si
Republic of Korea

**State the term remaining**

Effective Date: Various

**List the contract number of any government contract**

2.135 **State what the contract or lease is for and the nature of the debtor's interest**

Purchase Orders

Samsung Electronics, Co., Ltd.
129 Samsung-ro, Yeongtong-gu
Suwon-si
Republic of Korea

**State the term remaining**

Effective Date: Various

**List the contract number of any government contract**

2.136 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Manufacturer's Representative Agreement

SAP Technologies
Attn: Anjan Prasad
#30, Sarada Nivas, 15th Cross, Ashoknagar
Banashankari First Stage
Bengaluru
Kanataka 560 050
India

2.137 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Sharp Solution

Sharp Business Systems
4404 Stuart Andrew Blvd
Charlotte, NC 28217

2.138 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Signin App

Sign In App Inc
150 2nd Ave N
Suite 1540
St. Petersburg, FL 33701

2.139 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Internet and phone services provider

Spectrum (NC)
14219 Reese Blvd
Huntersville, NC 28078

2.140 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Spirion

Spirion
3030 North Rocky Point Drive West
Suite 470
Tampa, FL 33607

2.141 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Squarespace (akoustisboard.com)

Squarespace, Inc
225 Varick Street
12 Floor
New York, NY 10014

2.142  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Distribution Agreement

STG International, Ltd.
Attn: Alex Zaid
53 Derech Hashalom St
Givatayim 53454
Israel

2.143  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Product Development and Supply Agreement

Tai-Saw Tech (TST)
Attn: Yu-Tung Huang
No3, Industrial 2nd Rd
Ping Chen Industrial District
Taoyuan
Taiwan (ROC)

2.144  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Service Agreement

Tai-Saw Tech (TST)
Attn: Yu-Tung Huang
No3, Industrial 2nd Rd
Ping Chen Industrial District
Taoyuan
Taiwan (ROC)

2.145  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

SOW

Tai-Saw Tech (TST)
Attn: Yu-Tung Huang
No3, Industrial 2nd Rd
Ping Chen Industrial District
Taoyuan
Taiwan (ROC)

2.146  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Supply agreement

Tarana
630 Alder Dr
Milpitas, CA 95035

2.147  **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Purchase Order

Effective Date: 07/25/2018

Tarana Wireless, Inc.
2953 Bunker Hill Lane
Suite 100
Santa Clara, CA 95054

| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | IP Indemnification Agreement | TDK Corporation 2-5-1, Nihonbashi Chuo-ku Tokyo Japan |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | PDK Software License Agreement | TDK Corporation 2-5-1, Nihonbashi Chuo Ku Tokyo 103-6128 Japan |
| | State the term remaining | Effective Date: 09/24/2022 Termination Date: With ninety (90) days advanced written notice. | |
| | List the contract number of any government contract | | |

| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Settlement and Release Agreement | TDK Corporation of America Attn: Hironori Sakaki 9820 Willow Crreek Road, Suite 310 San Diego, CA 92131 |
| | State the term remaining | Effective Date: 12/06/2023 | |
| | List the contract number of any government contract | | |

| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Note Agreement | The Bank of New York Mellon Trust Comopany, N.A., as Conversion Agent 4655 Attn: Corporate Trust Administration 4655 Salisbury Road Suitte 300 Jacksonville, FL 62256 |
| | State the term remaining | Effective Date: 06/09/2022 | |
| | List the contract number of any government contract | | |

| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | Registration Rights Agreement | The Bank of New York Mellon Trust Comopany, N.A., as Paying Agent 4655 Salisbury Road Suitte 300 Jacksonville, FL 62256 |
| | State the term remaining | Effective Date: 06/07/2022 | |
| | List the contract number of any government contract | | |

| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | The Bank of New York Mellon Trust Comopany, N.A., as Trustee Attn: Corporate Trust Administration 4655 Salisbury Road Suitte 300 Jacksonville, FL 32256 |
| | State the term remaining | Effective Date: 06/07/2022 | |
| | List the contract number of any government contract | | |

| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agent Agreement | The Bank of New York Mellon Trust Company, N.A. as Settlement Agent |
| | State the term remaining | Effective Date: 06/08/2022 | 4655 Salisbury Road |
| | List the contract number of any government contract | | Suitte 300 |
| | | | Jacksonville, FL 32256 |

| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | Modification to Other Transaction for Prototype Agreement | The Defense Advanced Research Projects Agency |
| | State the term remaining | Effective Date: 09/29/2023 | Attn: Lon Wang |
| | List the contract number of any government contract | | 675 North Randolph Street |
| | | | Arlington, VA 22203-2114 |

| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Sub-Performer Agreement | The Massachusetts Technology Park Corporation d/b/a Massachusetts Technology Collaborative |
| | State the term remaining | Effective Date: 09/13/2024 Termination Date: 09/12/2025 | Attn: Jennifer Saubermann |
| | List the contract number of any government contract | | 75 North Drive |
| | | | Westborough, MA 1581 |

| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Liebert UPS Maintenance Agreement | Vertiv Corporation |
| | State the term remaining | Effective Date: 09/16/2024 | 1601 Cross Beam Drive |
| | List the contract number of any government contract | | Charlotte, NC 28217 |

| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | Rep Agreement | Vitale ESM, LLC |
| | State the term remaining | | Attn: Adam Vitale |
| | List the contract number of any government contract | | 429 N Franklin St |
| | | | Unit 105 |
| | | | Syracuse, NY 13204 |

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Waste Disposal | Waste Management |
| | State the term remaining | Effective Date: 10/06/2023 Termination Date: 10/06/2026 | 26 Patriot Place |
| | List the contract number of any government contract | | STE 300 |
| | | | Foxboro, MA 2035 |

*Attributed to Akoustis, Inc.

2.160 **State what the contract or lease is for and the nature of the debtor's interest**

Security Consultant

White Raven Security LLC
432 Walnut Ave
Charlotte, NC 28208-4534

**State the term remaining**

Termination Date: When PO depletes

**List the contract number of any government contract**

2.161 **State what the contract or lease is for and the nature of the debtor's interest**

Website Hosting (akoustis, foundry, rfmi)

Wordify Pty Ltd
Sydney, New South Wales
Australia

**State the term remaining**

Termination Date: Month to Month

**List the contract number of any government contract**

2.162 **State what the contract or lease is for and the nature of the debtor's interest**

ManageEngine Log360 Cloud

Zoho Corp
4141 Hacienda Drive
Pleasanton, CA 94588

**State the term remaining**

Effective Date: 01/19/2025 Termination Date: 01/18/2026

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: Akoustis, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-12797

☐ **Check if this is an amended filing**

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Akoustis Technologies, Inc. | 9805 Northcross Center Court, Suite A Huntersville, NC 28078 | Silverback Asset Management LLC | ☐ D ☑ E/F ☐ G |
| 2.2 Akoustis Technologies, Inc. | 9805 Northcross Center Court, Suite A Huntersville, NC 28078 | UBS O'Connor LLC | ☐ D ☑ E/F ☐ G |
| 2.3 Grinding and Dicing Services, Inc. | 925 Berryessa Road San Jose, CA 95133 | Joseph Collins | ☑ D ☐ E/F ☐ G |
| 2.4 Grinding and Dicing Services, Inc. | 925 Berryessa Road San Jose, CA 95133 | Laila Haq Collins | ☑ D ☐ E/F ☐ G |

2.5
Grinding and Dicing
Services, Inc.

925 Berryessa Road
San Jose, CA 95133

Nabila Haq

☑ D
☐ E/F
☐ G

2.6
Grinding and Dicing
Services, Inc.

925 Berryessa Road
San Jose, CA 95133

Saira Y. Haq, Trustee, Non-Exempt Marital Trust
Created May 26, 2006 Under the Terms of the Haq
Living Trust Dated April 12, 1989

☑ D
☐ E/F
☐ G

2.7
Grinding and Dicing
Services, Inc.

925 Berryessa Road
San Jose, CA 95133

Yousuf

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: Akoustis, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 24-12797

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 02/03/2025 | /s/ Mark D. Podgainy |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Mark D. Podgainy |
| | Printed name |
| | Finance Transformation Officer |
| | Position or relationship to debtor |