### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| AKOUSTIS TECHNOLOGIES, INC., *et al.*,[1] | ) Case No. 24-12796 (LSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 425** |

### CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 425

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Third Monthly Fee Application of Paul Hastings LLP, Co-Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through March 31, 2025* [Docket No. 425] (the "Application") filed on April 11, 2025.

The undersigned further certifies that, as of the date hereof, he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served by April 25, 2025 at 4:00 p.m. (ET).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 182], the Debtors are now authorized to pay 80% ($100,506.00) of requested fees ($125,632.50) and 100% of requested expenses ($0.00) on an interim basis without further order of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Akoustis Technologies, Inc. (9046), Akoustis, Inc. (5617), Grinding and Dicing Services, Inc. (7929), and RFM Integrated Device Inc. (1138). The Debtors' corporate headquarters is located at 9805 Northcross Center Court, Suite A, Huntersville, NC 28078.

| | |
|---|---|
| Dated: April 29, 2025<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Jared W. Kochenash*<br>Matthew B. Lunn (No. 4119)<br>Kara Hammond Coyle (No. 4410)<br>Jared W. Kochenash (No. 6557)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: mlunn@ycst.com<br>         kcoyle@ycst.com<br>         jkochenash@ycst.com<br><br>-and-<br><br>PAUL HASTINGS LLP<br>Gabriel E. Sasson (admitted *pro hac vice*)<br>Frank A. Merola (admitted *pro hac vice*)<br>Matthew D. Friedrick (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>Email: gabesasson@paulhastings.com<br>         frankmerola@paulhastings.com<br>         matthewfriedrick@paulhastings.com<br><br>-and-<br><br>Matt Warren (admitted *pro hac vice*)<br>71 South Wacker Drive<br>Suite 4500<br>Chicago, IL 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>Email: mattwarren@paulhastings.com<br><br>*Co-Counsel to the Official Committee of Unsecured Creditors* |