## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AKOUSTIS TECHNOLOGIES, INC., *et al.*[1] | ) |
| | ) Case No. 24-12796 (LSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear on behalf of Space Exploration Technologies Corp. and its wholly owned subsidiary Tune Holdings Corp. (collectively, "**SpaceX**"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Section 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

Jeffrey C. Krause
Michael G. Farag
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Email: jkrause@gibsondunn.com
      mfarag@gibsondunn.com

Daniel J. DeFranceschi (No. 2732)
Brendan J. Schlauch (No. 6115)
Alexander R. Steiger (No. 7139)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: defranceschi@rlf.com
      schlauch@rlf.com
      steiger@rlf.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Akoustis Technologies, Inc. (9046), Akoustis, Inc. (5617), Grinding and Dicing Services, Inc. (7929), and RFM Integrated Device Inc. (1138). The Debtors' corporate headquarters is located at 9805 Northcross Center Court, Suite A, Huntersville, NC 28078.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of SpaceX to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) SpaceX's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) SpaceX's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) SpaceX's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which SpaceX is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments SpaceX expressly reserves.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 29, 2025
    Wilmington, Delaware

*/s/ Brendan J. Schlauch*
Daniel J. DeFranceschi (No. 2732)
Brendan J. Schlauch (No. 6115)
Alexander R. Steiger (No. 7139)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: defranceschi@rlf.com
      schlauch@rlf.com
      steiger@rlf.com

-and-

Jeffrey C. Krause (*pro hac vice* admission pending)
Michael G. Farag (*pro hac vice* admission pending)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Email: jkrause@gibsondunn.com
      mfarag@gibsondunn.com

*Counsel to SpaceX*

RLF1 32871460v.1