# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| AKOUSTIS TECHNOLOGIES, INC., *et al.* | ) |
| | ) Case No. 24-12796 (LSS) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michael G. Farag of Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, California 90071 to represent Space Exploration Technologies Corp. and its wholly owned subsidiary Tune Holdings Corp. in the above-captioned cases and any related proceedings.

Dated: April 29, 2025

*/s/ Daniel J. DeFranceschi*
Daniel J. DeFranceschi (No. 2732)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: defranceschi@rlf.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: April 29, 2025

*/s/ Michael G. Farag*
Michael G. Farag
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
Email: mfarag@gibsondunn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

RLF1 32871513v.1