**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKOUSTIS TECHNOLOGIES, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12796 (LSS)<br><br>(Jointly Administered)<br><br>Ref. No. 495 |

**NOTICE OF FILING OF REVISED PROPOSED SALE ORDER AND
ASSET PURCHASE AGREEMENT**

   **PLEASE TAKE NOTICE** that on April 29, 2025, the above-captioned affiliated debtors and debtors-in-possession (each at "Debtor" and, collectively, the "Debtors"), filed the *Notice of Filing of Proposed Sale Order and Asset Purchase Agreement* [D.I. 495] (the "Notice").  A proposed order granting the relief requested was attached to the Notice as Exhibit 1 (the "Akoustis Sale Order").

   **PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Akoustis Sale Order, a copy of which is attached hereto as **Exhibit 1** (the "Revised Akoustis Sale Order").  A blackline comparison of the Revised Akoustis Proposed Order against the Akoustis Sale Order is attached hereto as **Exhibit 2**.

Dated: April 30, 2025
    Wilmington, Delaware

           **LANDIS RATH & COBB LLP**

           */s/ Joshua B. Brooks*
           Matthew B. McGuire (No. 4366)
           Matthew R. Pierce (No. 5946)
           Joshua B. Brooks (No. 6765)
           919 Market Street, Suite 1800
           Wilmington, Delaware 19801
           Telephone: (302) 467-4400
           Email:   mcguire@lrclaw.com
                 pierce@lrclaw.com
                 brooks@lrclaw.com

             - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Akoustis Technologies, Inc. (9046), Akoustis, Inc. (5617), Grinding and Dicing Services, Inc. (7929), and RFM Integrated Device Inc. (1138).  The Debtors' corporate headquarters is located at 9805 Northcross Center Court, Suite A, Huntersville, NC 28078.

**K&L GATES LLP**
Jeffrey T. Kucera (admitted *pro hac vice*)
Carly S. Everhardt (admitted *pro hac vice*)
Southeast Financial Center, Suite 3900
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone:     (305) 539-3300
Email:         jeffrey.kucera@klgates.com
               carly.everhardt@klgates.com

- and -

Margaret R. Westbrook (admitted *pro hac vice*)
301 Hillsborough Street, Suite 1200
Raleigh, North Carolina 27603
Telephone:     (919) 743-7300
Email:         margaret.westbrook@klgates.com

*Counsel to the Debtors and Debtors in Possession*