**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ATECH (PARENT) RESOLUTION CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12796 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 780 & 825** |

**NOTICE OF FILING OF REVISED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF ATECH (PARENT) RESOLUTION CORP. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that, on September 30, 2025, the above captioned debtors and debtors-in-possession (the "Debtors") filed the *Joint Chapter 11 Plan of ATech (Parent) Resolution Corp. and Its Debtor Affiliates* [D.I. 780] (as amended, supplemented, revised, or otherwise modified and including all exhibits thereto, the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on October 30, 2025, the Debtors filed a solicitation version of the Plan [D.I. 825] (the "Solicitation Version").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised the Plan, a copy of which is attached hereto as **Exhibit A** (the "Revised Plan"). A blackline comparison of the Revised Plan against the Solicitation Version is attached hereto as **Exhibit B**.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ATech (Parent) Resolution Corp. (9046), ATech Resolution Corp. (5617), GD Chips Resolution Corp. (f/k/a Grinding and Dicing Services, Inc.) (7929), and RF Chips Resolution Corp. (1138). The Debtors' mailing address is c/o Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017, Attn: Mark D. Podgainy.

{1472.002-W0084085.}

|  |  |
|---|---|
| Dated: December 11, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Joshua B. Brooks*<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone:    (302) 467-4400<br>Email:    mcguire@lrclaw.com<br>    pierce@lrclaw.com<br>    brooks@lrclaw.com<br><br>- and -<br><br>**K&L GATES LLP**<br>Jeffrey T. Kucera (admitted *pro hac vice*)<br>Southeast Financial Center, Suite 3900<br>200 South Biscayne Blvd.<br>Miami, Florida 33131<br>Telephone:    (305) 539-3300<br>Email:    jeffrey.kucera@klgates.com<br><br>- and -<br><br>Margaret R. Westbrook (admitted *pro hac vice*)<br>301 Hillsborough Street, Suite 1200<br>Raleigh, North Carolina 27603<br>Telephone:    (919) 743-7300<br>Email:    margaret.westbrook@klgates.com<br><br>*Counsel to the Debtors and Debtors in Possession* |