**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ATECH (PARENT) RESOLUTION CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12796 (LSS)<br><br>(Jointly Administered)<br><br>**Ref. Nos. 780 & 857** |

**NOTICE OF FILING SECOND PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT** on September 30, 2025, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of ATech (Parent) Resolution Corp. and Its Debtor Affiliates* [D.I. 780] (as may be amended, supplemented, revised, or modified, including all exhibits thereto, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that on November 24, 2025, the Debtors filed the *Notice of Filing Plan Supplement* [D.I. 857] (the "Plan Supplement").

**PLEASE TAKE FURTHER NOTICE** that in connection with the Plan, the Debtors hereby file this second Plan Supplement, which is attached hereto as **Exhibit 1**.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ATech (Parent) Resolution Corp. (9046), ATech Resolution Corp. (5617), GD Chips Resolution Corp. (f/k/a Grinding and Dicing Services, Inc.) (7929), and RF Chips Resolution Corp. (1138). The Debtors' mailing address is c/o Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017, Attn: Mark D. Podgainy.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan.

{1472.002-W0084490.}

| | |
|---|---|
| Dated:  December 15, 2025<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/ *Joshua B. Brooks*<br>Matthew B. McGuire (No. 4366)<br>Matthew R. Pierce (No. 5946)<br>Joshua B. Brooks (No. 6765)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone:    (302) 467-4400<br>Email:            mcguire@lrclaw.com<br>                      pierce@lrclaw.com<br>                      brooks@lrclaw.com<br><br>- and -<br><br>**K&L GATES LLP**<br>Jeffrey T. Kucera (admitted *pro hac vice*)<br>Southeast Financial Center, Suite 3900<br>200 South Biscayne Blvd.<br>Miami, Florida 33131<br>Telephone:    (305) 539-3300<br>Email:            jeffrey.kucera@klgates.com<br><br>- and -<br><br>Margaret R. Westbrook (admitted *pro hac vice*)<br>301 Hillsborough Street, Suite 1200<br>Raleigh, North Carolina 27603<br>Telephone:    (919) 743-7300<br>Email:            margaret.westbrook@klgates.com<br><br>*Counsel to the Debtors and Debtors in Possession* |