**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ATECH (PARENT) RESOLUTION CORP, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-12796 (LSS)<br><br>(Jointly Administered) |

**NOTICE OF SECOND AMENDED[2] AGENDA FOR HEARING SCHEDULED FOR DECEMBER 16, 2025 AT 2:00 P.M. (ET) BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE 6TH FLOOR, COURTROOM NO. 2[3]**

> This hearing will be conducted in-person. Parties who have Court approval to attend remotely may register with the link below no later than December 15, 2025 at 4:00 p.m. (ET)
>
> Topic: ATech (Parent) Resolution Corp. - Case No. 24-12796 (LSS)
> When: **December 16, 2025 at 2:00 P.M.** Eastern Time (US and Canada)
>
> To attend a hearing remotely, please register on the court's website at https://www.deb.uscourts.gov/ecourt-appearances.
>
> After the deadline has passed, an electronic invitation with the relevant audio or video link will be emailed to you prior to the hearing.

**MATTERS GOING FORWARD:**

1. Motion of the Debtors for Entry of an Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief [D.I. 782, filed September 30, 2025]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: ATech (Parent) Resolution Corp. (9046), ATech Resolution Corp. (5617), GD Chips Resolution Corp. (f/k/a Grinding and Dicing Services, Inc.) (7929), and RF Chips Resolution Corp. (1138). The Debtors' mailing address is c/o Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017, Attn: Mark D. Podgainy.

[2] **All amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available free of charge by visiting the Debtors' case website at https://cases.stretto.com/ATech.

Objection Deadline:   October 21, 2025 at 10:00 a.m. (ET), extended to December 8, 2025 for the Office of the United States Trustee

Related Documents:

    A. Joint Chapter 11 Plan of ATech (Parent) Resolution Corp and Its Debtor Affiliates [D.I. 780, filed September 30, 2025]

    B. Disclosure Statement for the Joint Chapter 11 Plan of ATech (Parent) Resolution Corp and Its Debtor Affiliates [D.I. 781, filed September 30, 2025]

    C. Order (I) Approving the Disclosure Statement on an Interim Basis; (II) Scheduling a Combined Hearing on Final Approval of the Disclosure Statement and Plan Confirmation and Deadlines Related Thereto; (III) Approving the Solicitation, Notice and Tabulation Procedures and the Forms Related Thereto; and (IV) Granting Related Relief [D.I. 819, entered October 29, 2025]

    D. Disclosure Statement for the Joint Chapter 11 Plan of ATech (Parent) Resolution Corp. and Its Debtor Affiliates (Solicitation Version) [D.I. 823, filed October 30, 2025]

    E. Joint Chapter 11 Plan of ATech (Parent) Resolution Corp. and Its Debtor Affiliates (Solicitation Version) [D.I. 825, filed October 30, 2025]

    F. Notice of (A) Interim Approval of the Disclosure Statement and (B) Combined Hearing to Consider Final Approval of the Disclosure Statement and Confirmation of the Plan and the Objection Deadline Related Thereto [D.I. 824, filed October 30, 2025]

    G. Notice of Filing Plan Supplement [D.I. 857, filed November 24, 2025]

    H. Declaration of Angela Tsai on Behalf of Stretto Regarding Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of ATech (Parent) Resolution Corp and Its Debtor Affiliates [D.I. 874, filed December 8, 2025]

    I. Notice of Filing of Revised Joint Chapter 11 Plan of ATech (Parent) Resolution Corp. and Its Debtor Affiliates [D.I. 879, filed December 11, 2025]

    J. Debtors' Memorandum of Law in Support of (A) Final Approval of the Disclosure Statement and (B) Confirmation of the Plan [D.I. 880, filed December 11, 2025]

    K. Declaration of Mark D. Podgainy in Support of Confirmation of the Joint Chapter 11 Plan of ATech (Parent) Resolution Corp. and Its Debtor Affiliates [D.I. 881, filed December 11, 2025]

    L. Notice of Filing of Proposed Confirmation Order [D.I. 882, filed December 11, 2025]

M. Notice of Debtors' Witness and Exhibit List for the Hearing on December 16, 2025 at 2:00 p.m. (ET) [D.I. 891, filed December 15, 2025]

N. Notice of Filing of Revised Proposed Confirmation Order [D.I. 892, filed December 15, 2025]

O. Notice of Filing Second Plan Supplement [D.I. 893, filed December 15, 2025]

Responses Received:

A. Qorvo, Inc.'s Response and Reservation of Rights to Joint Chapter 11 Plan of ATech (Parent) Resolution Corp and its Debtor Affiliates [D.I. 866, filed December 3, 2025]

B. Nineteen77 Global Multi-Strategy Alpha Master Limited's Statement in Respect to Voting and Confirmation [D.I. 867, filed December 3, 2025]

C. Arthur Geiss and Jerry Neal's Reservations of Rights with Respect to Confirmation of the Joint Chapter 11 Plan of ATech (Parent) Resolution Corp. and Its Debtor Affiliates [D.I. 869, filed December 3, 2025]

D. United States Trustee's Limited Objection to Joint Chapter 11 Plan of ATech (Parent) Resolution Corp and its Debtor Affiliates [D.I. 872, filed December 5, 2025] (the "U.S. Trustee Objection")

Status: This matter is going forward as the U.S. Trustee Objection is unresolved.

2. Debtors' Motion for Entry of an Order Under Section 502(c) of the Bankruptcy Code Estimating Certain Claims for Purposes of an Initial Distribution [D.I. 860, filed November 20, 2025]

Objection Deadline: December 9, 2025 at 4:00 p.m. (ET)

Related Documents:

A. Declaration of Mark D. Podgainy in Support of Motion for Entry of an Order Under Section 502(c) of the Bankruptcy Code Estimating Certain Claims for Purposes of an Initial Distribution [D.I. 890, filed December 15, 2025]

B. Notice of Debtors' Witness and Exhibit List for the Hearing on December 16, 2025 at 2:00 p.m. (ET) [D.I. 891, filed December 15, 2025]

Responses Received:

A. Joinder of the Official Committee of Unsecured Creditors to the Debtors' Estimation Motion and Statement in Connection with the Joint Chapter 11 Plan of ATech (Parent) Resolution Corp. and Its Debtor Affiliates [D.I. 871, filed December 4, 2025]


   B. Arthur Geiss and Jerry Neal's Objection to the Debtors' Motion for Entry of an Order Under Section 502(c) of the Bankruptcy Code Estimating Claims for Purposes of an Initial Distribution [D.I. 875, filed December 9, 2025]

<u>Status</u>:  This matter is going forward.

3. Debtors' Motion for Leave to File Late Reply to Arthur Geiss and Jerry Neal's Objection to Debtors' Motion for Entry of an Order Under Section 502(c) of the Bankruptcy Code Estimating Certain Claims for Purposes of an Initial Distribution [D.I. 889, filed December 15, 2025]

<u>Objection Deadline</u>:  At the hearing on December 16, 2025 at 2:00 p.m. (ET)

<u>Related Documents</u>:

   C. Declaration of Mark D. Podgainy in Support of Motion for Entry of an Order Under Section 502(c) of the Bankruptcy Code Estimating Certain Claims for Purposes of an Initial Distribution [D.I. 890, filed December 15, 2025]

   D. Notice of Debtors' Witness and Exhibit List for the Hearing on December 16, 2025 at 2:00 p.m. (ET) [D.I. 891, filed December 15, 2025]

<u>Responses Received</u>:

   **A. Arthur Geiss and Jerry Neal's Objection to the Debotrs' Motion for Leave to File Late Reply [D.I. 900, filed December 15, 2025]**

<u>Status</u>:  This matter is going forward.

Dated:  December 16, 2025  
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

<u>/s/ *Joshua B. Brooks*</u>  
Matthew B. McGuire (No. 4366)  
Matthew R. Pierce (No. 5946)  
Joshua B. Brooks (No. 6765)  
919 Market Street, Suite 1800  
Wilmington, Delaware 19801  
Telephone:  (302) 467-4400  
Email:  mcguire@lrclaw.com  
          pierce@lrclaw.com  
          brooks@lrclaw.com

- and -

**K&L GATES LLP**
Jeffrey T. Kucera (admitted *pro hac vice*)
Carly S. Everhardt (admitted *pro hac vice*)
Southeast Financial Center, Suite 3900
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone:     (305) 539-3300
Email:            jeffrey.kucera@klgates.com

- and -

Margaret R. Westbrook (admitted *pro hac vice*)
301 Hillsborough Street, Suite 1200
Raleigh, North Carolina 27603
Telephone:     (919) 743-7300
Email:            margaret.westbrook@klgates.com

*Counsel to the Debtors and Debtors in Possession*